Exhibit 1

Part 1

Form 59
Rule 29.02(1)

Public deed No. 305/12.2011
1 / 2/-3-

## Public Document
## Affidavit

No     of 2011

**Federal Court of Australia**
**District Registry: Victoria**
**Division: General**

**Norcast S.ár.l.**

Prospective Applicant

**Bradken Limited (ABN 33 108 693 009)**

Prospective Respondent

Affidavit of:    Michael Barton

Address:        Dammstrasse 19, CH-6300 Zug, Switzerland

Occupation:    Senior Vice President of Pala Investments AG

Date:           2 August 2011

**Contents**

| Document Number | Details | Paragraph | Page |
|---|---|---|---|
| 1 | Affidavit of Michael Barton in support of application for preliminary discovery affirmed on 2 August 2011 | 1 | 1 |
| 2 | Annexure MB-1, being a copy of Australian Customs Dumping Notice No. 2003/42 | 11 | 18 |
| 3 | Annexure MB-2, being **confidential** information | 13 | 21 |
| 4 | Annexure MB-3, being a copy of an ASIC Historical | 14 | 26 |

Filed on behalf of: Norcast S.ár.l., the Prospective Applicant
Prepared by:        Michael Schoenberg
Law firm:           Allens Arthur Robinson
Tel:                (03) 9613 8748                    Fax:  (03) 9614 4661
Email:              Michael.Schoenberg@aar.com.au

**Address for service:**
530 Collins Street, Melbourne  VIC  3000
DX:  30999 Melbourne



| | | | |
|---|---|---|---|
| | Company Extract for Bradken Limited | | |
| 5 | Annexure MB-4, being copies of ASIC Historical Company Extract for Bradken Operations Pty Ltd, Bradken SPV Pty Ltd and Bradken Holdings Pty Limited | 17 | 66 |
| 6 | Annexure MB-5, being a copy of information provided by AUN SPV Pty Limited in relation to the potential acquisition of shares in Austar United Communications Limited | 19 | 85 |
| 7 | Annexure MB-6, being a copy of an ASIC Historical Company Extract for Castle Harlan Australia Mezzanine Partners Pty Ltd | 19 | 181 |
| 8 | Annexure MB-7, being a copy of an extract from www.castleharlan.com | 20 | 188 |
| 9 | Annexure MB-8, being a copy of a press release of Castle Harlan dated 28 July 2008 | 21 | 190 |
| 10 | Annexure MB-9, being a copy of an extract from www.champequity.com.au | 22 | 194 |
| 11 | Annexure MB-10, being a copy of a biography of Howard D. Morgan printed from www.castleharlan.com | 23 | 196 |
| 12 | Annexure MB-11, being a copy of the article "Crossing borders" by Vyvyan Tenorio, published in The Deal on 11 October 2004 | 26 | 198 |
| 13 | Annexure MB-12, being a copy of the article "Norcast acquired twice – in the same day" by Tim Kiladze, published in the Toronto Globe and Mail Newspaper | 29 | 201 |
| 14 | Annexure MB-13, being a copy of a **confidential** "teaser" relating to the sale by Norcast S.àr.l of Norcast of Norcast Wear Solutions, Inc | 31 | 203 |
| 15 | Annexure MB-14 being a copy of a **confidential** information memorandum relating to the sale by | 31 | 210 |



| | | | |
|---|---|---|---|
| | Norcast S.àr.l of Norcast of Norcast Wear Solutions, Inc | | |
| 16 | Annexure MB-15, being a copy of the article "Forged in steel" by Giles Parkinson, published on www.businessspectator.com.au | 36 | 301 |
| 17 | Annexure MB-16, being a copy of an email chain between Michael Barton and Sean Walsh | 38 | 303 |
| 18 | Annexure MB-17, being a copy of a confidentiality agreement dated 15 March 2011 | 40 | 305 |
| 19 | Annexure MB-18, being a copy of a letter from UBS dated 26 April 2011 | 42 | 313 |
| 20 | Annexure MB-19, being a copy of a **confidential** letter | Annexure MB-2 | 318 |
| 21 | Annexure MB-20, being copies of **confidential** agreements | Annexure MB-2 | 399 |
| 22 | Annexure MB-21, being a copy of a **confidential** Share Purchase Agreement | 44 | 411 |
| 23 | Annexure MB-22, being a copy of a **confidential** letter | 23 | 475 |
| 24 | Annexure MB-23, being a copy of an announcement by Bradken Limited dated 7 July 2011 | 46 | 482 |
| 25 | Annexure MB-24, being a copy of an announcement by Bradken Limited dated 12 July 2011 | 46 | 485 |
| 26 | Annexure MB-25, being a copy of a **confidential** letter from Allens Arthur Robinson to Mallesons Stephen Jaques dated 20 July 2011 | 48 | 487 |
| 27 | Annexure MB-26, being a copy of a **confidential** letter from Mallesons Stephen Jaques to Allens Arthur Robinson dated 26 July 2011 | 48 | 496 |
| 28 | Annexure MB-27, being a copy of Australian Customs Services Trade Measures Report No. 70 | 60 | 503 |
| 29 | Annexure MB-28, being a copy of Australian | 61 | 511 |

4

| | | | |
|---|---|---|---|
| | Customs Services Trade Measures Branch Report No. 135 | | |
| 30 | Annexure MB-29, being a copy of a **confidential** letter from Allens Arthur Robinson to Mallesons Stephen Jacques dated 29 July 2011 | 67 | 613 |
| 31 | Annexure MB-30, being **confidential** letters from Mallesons Stephen Jaques to Allens Arthur Robinson dated 1 August 2011 and 2 August 2011 | 68 | 621 |
| 32 | Annexure MB-31, being a copy of the application for the production of documents in a United States Federal Court, the materials filed in support of the application and the Court's order | 71 | 629 |
| 33 | Annexure MB-32, being a copy of subpoenas served on Castle Harlan | 73 | 708 |
| 34 | Annexure MB-33, being a copy of Responses and Objections to subpoenas served on Castle Harlan | 74 | 815 |

I, Michael Barton of Dammstrasse 19, CH-6300 Zug (address of business), Switzerland, Senior Vice President of Pala Investments AG (**PIAG**) affirm:

1.   I am a Senior Vice President of PIAG, a company incorporated in Switzerland that provides strategic investment advice to Pala Investments Holdings Limited (**Pala**).

2.   Pala is an investment company that invests in the mining industry, including through its subsidiary Norcast S.àr.l (**Norcast**), the applicant in this proceeding.

3.   I am authorised to make this affidavit on behalf of Norcast and, save where otherwise stated, do so from my personal knowledge.  In this affidavit I depose to matters relating to:

   (a)   the sale by Norcast of Norcast Wear Solutions, Inc (**NWS**) to 0913034 B.C. Ltd (**BC**), a subsidiary of Castle Harlan, Inc (**Castle Harlan**) which was completed on 6 July 2011; and

   (b)   the sale by Castle Harlan of BC to Bradken Operations Pty Ltd (**Bradken Operations**), a subsidiary of Bradken Limited (**Bradken**), which was announced by Bradken approximately seven hours later.  Bradken is the respondent in this proceeding.

4.　　I was responsible for supervising the NWS sale process on behalf of Pala and Norcast and for instructing bankers and other advisers in relation to the same in my capacity as an employee of PIAG. Prior to the completion of the sale of NWS to Castle Harlan on 6 July 2011, I was also a director on the board of directors of NWS.

**Pala and Norcast**

5.　　Pala is an investment company that is incorporated in Jersey.  Pala invests exclusively in the mining industry. · It acquires shareholdings in mining and mining related companies and seeks to grow them by providing financing and strategic advice (through its exclusive investment advisor, PIAG).

6.　　Pala carries on this business directly and through subsidiary companies, including Norcast, which is incorporated and has its principal place of business in Luxembourg. Prior to the completion of the sale of NWS to Castle Harlan on 6 July 2011, Norcast was the 100% shareholder of NWS.

**NWS**

7.　　In 2007, Pala, through a wholly owned subsidiary, NWS, acquired all of the outstanding units of Norcast Income Fund, including its operating subsidiary, Norcast Castings Ltd (*Norcast Castings*) in a take-private transaction. NWS is incorporated in Canada and, through its subsidiaries such as Norcast Castings, Swanmet (Singapore) Pte. Ltd. (*Swanmet Singapore*) and Swanmet Castings (Malaysia) Sdn Bhd. (*Swanmet Malaysia*), manufactures and supplies cast consumable products for the mining industry, including grinding mill liners.

8.　　Grinding mill liners are liners that are fitted to the inside of the grinding mills.  Grinding mills are machines used to grind ore as part of the process to recover minerals such as gold, copper and zinc and in refining bauxite.  The mill liners attach to different sections of the mill – the "feed" end, the "main body" and the "discharge" end.  They wear out as a result of abrasion and impact in the grinding process, and need to be regularly replaced.

9.　　NWS is the second largest global supplier of grinding mill liners, with an estimated global market share of 16%.

10.　　NWS's primary manufacturing facility is in Mont-Joli, Quebec, which is one of the largest foundries in North America, and the largest mill liner production plant in the world.  It is owned and operated by Norcast Castings, a company incorporated in Canada.

11.　　Norcast Castings supplied grinding mill liners into the Australian market from 2001 to 2003, when anti-dumping measures were imposed by the Australian Customs Service

(*ACS*) in respect of exports of grinding mill liners from Canada to Australia, resulting in dumping duty being payable by Australian importers of Norcast Castings' Canadian manufactured mill liners (see Annexure MB-1).

12.     In February 2010 NWS acquired the assets of Swanmet Engineering Pte. Ltd., a manufacturing company with operations in Malaysia and Singapore producing a range of cast products for the mining, aggregates, cement and oil and gas industries (the *Swanmet assets*). The Swanmet assets are owned by NWS through its subsidiaries Swanmet Singapore and Swanmet Malaysia. Swanmet Malaysia has a mill liner manufacturing plant in Malaysia, while Swanmet Singapore has a distribution facility in Singapore.

13.     Further, information regarding the supply by NWS of GML in relation to the Australian market is set out in Confidential Annexure MB-2. This information is contained in Confidential Annexure MB-2 because it may be confidential to NSW. Throughout this affidavit, I refer to any information that may be confidential to NWS, or Castle Harlan, in Confidential Annexure MB-2.

**Bradken**

14.     Bradken is incorporated and carries on business in Australia and is listed on the Australian Securities Exchange: see Annexure MB-3. It manufactures and supplies mining consumable products, including grinding mill liners. It also provides maintenance and refurbishment services associated with those products.

15.     Bradken manufactures grinding mill liners from facilities in Adelaide, and Runcorn in Queensland.

16.     In 2005, Bradken acquired Roche Castings Pty Ltd (*Roche*), also a manufacturer of grinding mill liners, to become the sole domestic manufacturer of grinding mill liners in Australia.

17.     Bradken is the ultimate holding company of Bradken Operations: see Annexure MB-4.

**Castle Harlan**

18.     Castle Harlan is a private equity firm that is incorporated in the United States and has offices in New York.

19.     I believe that Castle Harlan owns 100% of the shares of Castle Harlan Australia LLC (*Castle Harlan Australia*) (see Annexure MB-5). Castle Harlan Australia owns 50% of the shares in Castle Harlan Australian Mezzanine Partners Pty Limited (*CHAMP*). CHAMP is a company incorporated and carrying on business in Australia: see Annexure MB-6.

**Relationship between Castle Harlan and Bradken**

20.   An extract from Castle Harlan's website (see Annexure MB-7), states that:

> "[w]e have also joined forces with one of Australia's leading private investment firms to create CHAMP - Castle Harlan Australian Mezzanine Partners. Together Castle Harlan and CHAMP employ more than 35 investment professionals."

21.   In a press release dated 28 July 2008 (see Annexure MB-8), Castle Harlan said:

> "CHAMP Private Equity was formed in 2000 as Castle Harlan Australian Mezzanine Partners by the founders of CHAMP Private Equity's predecessor and Castle Harlan. CHAMP Private Equity and its predecessor have made more than 60 investments since 1987 in companies operating in Australia and New Zealand. CHAMP Private Equity currently maintains offices in Sydney, Australia and Singapore"

22.   An extract from CHAMP's website (see Annexure MB-9), states that:

> "[t]he CHAMP Private Equity funds are the result of a joint venture initiated in 2000 between [Australian Mezzanine Investments Pty Limited] and Castle Harlan, Inc. of New York, a mid market Buy Out specialist in the United States."

23.   CHAMP and Castle Harlan have a common director, Howard Morgan, who is the Co-President of Castle Harlan and a director of CHAMP: see Annexures MB-6 and MB-10.

24.   I believe that CHAMP, together with ESCO Corp. and Bradken management, owned 100% of the shares in Bradken, before it was listed on the Australian Securities Exchange, in 2004.

25.   CHAMP and Bradken also have a common director, Nicholas Greiner, who is the Deputy Chairman of CHAMP and the Chairman of Bradken: see Annexures MB-3 and MB-6.

26.   In the article, "Crossing borders" by Vyvyan Tenorio, published in The Deal on 11 October 2004 (see Annexure MB-11), Mr Morgan is reported as having said that:

> "[o]ur relationship [with CHAMP] is a two way street .. we've learned a lot from each other and benefited from each other's relationships *to the point where they're now collective relationships*" (emphasis added).

27.   These "collective relationships" include a relationship with Bradken. On 28 July 2008, Castle Harlan announced that it had agreed to sell AmeriCast Technologies, Inc

8

(*AmeriCast*) to Bradken Limited.  In Castle Harlan's press release regarding the deal (see Annexure MB-8), Mr Morgan is reported as having said:

> "[w]e know Bradken very well and have had long relationships with its CEO Brian Hodges, Chairman Nick Greiner, and many of the senior Bradken management team".

28. Mr Morgan, together with his colleague, Mr Philip Anand, led the Castle Harlan's team for the acquisition of NWS.

29. An article from the Toronto Globe and Mail Newspaper (see Annexure MB-12) reports a Castle Harlan spokesman as having said that:

> "[i]n the last ten years Castle Harlan and our Australian affiliate CHAMP have successfully partnered with corporate co-investors many times; this includes partnering with Liberty Media in the acquisition of Austar, partnering with ESCO in the acquisition of Bradken, partnering with Bradken in the acquisition of AmeriCast, and now partnering with Bradken again in the acquisition of [NWS]. As private equity lead investors, we enabled these corporations to participate in investments that for many reasons they couldn't or didn't want to lead at the time. In several instances the corporate partner decided to own the business outright, and we at Castle Harlan saw immediate value-added from the partner and the possibility of a long term strategic fit".

**Sale of NWS by Norcast to BC**

30. In late 2010, Norcast decided to explore options for a potential sale of NWS, and in January 2011, UBS Securities Canada, Inc (*UBS*) was retained by NWS to conduct a competitive process for the sale of NWS.

31. UBS created confidential sales materials, including a "teaser" (see Annexure MB-13) and a confidential information memorandum (*IM*) (see Annexure MB-14) describing the business of NWS.  UBS provided the teaser to a list of potential acquirers and informed them that they had to sign a confidentiality agreement with NWS before the release of the IM and other details relating to the sale of NWS.

32. I decided that Norcast would take a different and tailored approach with competitors of NWS (such as Bradken) and not distribute teasers to them. The rationale for taking this approach was that the teaser itself also contained confidential information regarding the business of NWS.  Norcast was open to receiving bids from competitors – indeed it would have preferred bids from competitors because they would be likely to pay a significant premium to acquire NWS in light of synergies they may be able to



achieve.  However, it did not wish for confidential information to be disclosed to such parties unless they were genuinely interested in acquiring the business.

33.  To gauge whether Bradken was genuinely interested in acquiring NWS, I decided that UBS (through its local representatives) would inform Bradken of the intended sale of NWS and then allow it to contact UBS to enter the bid process if it sought to do so.

34.  Through the regular update calls with UBS regarding the NWS sale process, I became aware that UBS had not contacted Bradken (as it had been instructed to do) because UBS did not consider that it had a sufficiently good relationship with a contact in Australia or elsewhere such that they could inform Bradken about the sale process in an appropriate manner.

35.  On 24 February 2011 I was in Sydney for a business trip during which I met with representatives of Goldman Sachs, including one of its managing directors, Sean Walsh. During the meeting, I informed them about the NWS sale process that was being run by UBS.  They informed me that they had two clients, one of which was Bradken, to whom they would like to pass on information about the sale process. I agreed to provide them with further information and told them that they should explain to Bradken Norcast's tailored approach regarding the distribution of teasers to competitors and how Norcast would like to be convinced of their seriousness in acquiring NWS before further information of the sale process was disclosed.

36.  I understood that Goldman Sachs had a strong relationship with Bradken.  I was aware that Goldman Sachs had advised CHAMP in relation to the initial public offering of Bradken in 2004. I subsequently discovered that Goldman Sachs had also advised Bradken in relation to Bradken's acquisition of AmeriCast in 2008 (see Annexure MB-15), where Sean Walsh led the Goldman Sachs team advising on the acquisition. I expected that Goldman Sachs would enquire with Bradken if it was interested in participating in the sale process and also seek the mandate to act for Bradken in connection with the sale of NWS.

37.  The next day, on 25 February 2011, I emailed Goldman Sachs a copy of the teaser, and asked them to send it only to their other client, but not to Bradken, for the reasons described in paragraph 32 above.  However, I explicitly asked them to discuss the sale process with Bradken on the basis described in paragraph 33 above.

38.  Based on my considerable experience negotiating acquisitions, I expected that once Bradken had been informed of the sale process, it would seek to participate if it was interested in doing so.  In my experience, parties commonly seek to participate in sales processes when they have not been formally invited if they are interested in

acquiring the business being sold. As noted in paragraph 40 below, this is precisely what Castle Harlan did.

39. On 7 July 2011, upon hearing Bradken's announcement that it had agreed to acquire NWS from Castle Harlan within approximately seven hours after the completion of the sale by Norcast, I wrote to Sean Walsh by email asking him to confirm that Goldman Sachs had contacted Bradken in relation to the NWS sale process as requested. By email on 10 July 2011, he confirmed that Goldman Sachs had done so. A copy of this email chain is in Annexure MB-16.

40. Bradken did not seek to enter, or make any contact with Norcast regarding, the sale process of NWS. However, approximately one week after I believe that Bradken was made aware by Goldman Sachs of the sale process at my request, on about 2 March 2011, Castle Harlan made an unsolicited approach to the New York office of UBS expressing interest in participating in the sale process.

41. More than twenty prospective acquirers executed confidentiality agreements with NWS in order to permit them to participate in the first round of the sale process and obtain the IM. Castle Harlan was one of these potential acquirers, and signed a confidentiality agreement on 15 March 2011 (see Annexure MB-17).

42. At the end of March 2011 a shortlisted number of potential acquirers, including Castle Harlan, were chosen to participate in the second round of the sale process. The second round involved due diligence access to a data room, a management presentation and site visits.

43. On 26 April 2011, UBS wrote to the shortlisted potential acquirers, including Castle Harlan, explaining the process for submitting final offers, which were to include a "Bid Letter" (see Annexure MB-18). It states that the Bid Letter was to contain "clear statements" regarding (among other things) the following information:

> "Financing: Provide a description of all the sources of funding for the purchase of the Company and an indication of the timing and status of funding commitments. If applicable, your Final Offer should include fully committed financing letters, capable of being executed, and a list of contacts, with telephone numbers, for your source(s) of financing, with whom any financing arrangements can be discussed in detail."

44. The deadline for providing Bid Letters was 27 May 2011. Further, confidential information regarding the steps that followed is in Annexure MB-2.



45.  On 17 June 2011, Norcast and Castle Harlan, through BC, executed a Share Purchase Agreement (*Share Purchase Agreement*) for the sale of NWS for US $190 million (see Annexure MB-21).  The sale completed on 6 July 2011.

46.  Further, confidential information regarding the terms of the Share Purchase Agreement, and other steps taken on 17 June 2011, is in Annexure MB-2.

**Sale of BC by Castle Harlan**

47.  Approximately seven hours after Norcast announced the completion of the sale of NWS to Castle Harlan, Bradken announced that it had agreed to acquire NWS from Castle Harlan for A $202 million, which is approximately US $27 million more than the price Castle Harlan paid to Norcast (see Annexure MB-23).  Bradken subsequently announced on 12 July 2011 that its acquisition of NWS from Castle Harlan was completed (see Annexure MB-24).

48.  I have considerable experience negotiating commercial transactions and considering the types of issues which the board of directors of a publicly listed company must consider for acquisitions of a scale and complexity commensurate with the NWS deal. On the basis of this experience, I consider that it is almost impossible to conduct due diligence, negotiate final terms of such deals within hours (as opposed to days or weeks) and without exchanging confidential information in relation to the asset or company to be acquired.  Accordingly, I infer that Bradken had obtained confidential information of NWS through Castle Harlan during the sale process prior to the completion of the sale by Norcast.

49.  Bradken does not deny that it received confidential information.  On 20 July 2011, the solicitors for Norcast in Australia for this matter, Allens Arthur Robinson (*Allens*), wrote to the solicitors for Bradken, Mallesons Stephen Jaques (*Mallesons*) seeking preliminary discovery (see Annexure MB-25).  Mallesons' reply, dated 26 July 2011 and which I discuss further in Annexure MB-2, is further indication that Bradken may have received confidential information relating to the sale by Norcast of NWS.

50.  As noted above, a Castle Harlan spokesperson is reported as having said that Castle Harlan was "partnering with Bradken again in the acquisition of [NWS]" (see Annexure MB-12).

51.  Castle Harlan did not disclose to Norcast that it was "partnering" with anyone. Moreover, there was certainly no disclosure by Castle Harlan that it had a pre-existing contract, arrangement or understanding with Bradken that Bradken would not bid to acquire NWS from Norcast because Castle Harlan would on-sell NWS to Bradken immediately following Castle Harlan's acquisition from Norcast.

52.  If Norcast had known of any such pre-existing contract, arrangement or understanding prior to executing the Share Purchase Agreement with BC, it would not have accepted the price of US $190 million offered by Castle Harlan/BC and the material terms of the Share Purchase Agreement would have been agreed differently. Rather, it would have sold NWS directly to Bradken for at least A $202 million (which price Bradken was evidently prepared to pay for NWS).

53.  I infer that the reasons why Bradken was prepared to pay this higher price for NWS included that Bradken expected that there would be considerable synergies in combining its business with that of its competitor, NWS.

54.  Bradken has acknowledged the existence of such synergies. Bradken's announcement of the acquisition (Annexure MB-23) states that:

> "[c]onsiderable synergies have been identified based on Bradken's strong product development focus and [NWS]'s cost leadership. The acquisition of this business significantly strengthens Bradken's worldwide sales and distribution network which can be leveraged across other consumable wear parts. Synergies will commence in FY12 and will continue to increase over the next four years.

> [NWS]'s Canadian operations and the North and South American markets will be managed by Bradken's US Resources Business, a part of the Engineered Products Division, and is expected to add approximately A$75 million of sales and A$30 million of gross margin in 2011/2012.

> The acquisition includes Swanmet, a Malaysian foundry group acquired by [NWS] in March 2010. Swanmet currently manufactures and sells wear parts into mining and energy markets including Australia. Swanmet offers significant low cost capacity for the manufacture of mining consumables including Crusher Liners and Ground Engaging Tools (GET). Swanmet operations and the Asian and African markets will be managed by Bradken's Australian Mineral Processing Business, a part of the Mining Products Division, and is expected to add approximately A$35 million of sales and A$13 million of gross margin in 2011/12.

55.  I believe that Castle Harlan also recognised the existence of synergies that would be achieved by combining the businesses of NWS and Bradken. As noted in paragraph 29, Castle Harlan has been reported as having said that "we at Castle Harlan saw immediate value-added from the partner and the possibility of a long term strategic fit".

56. Based on my considerable experience negotiating acquisitions, I believe that the value of NWS to a trade acquirer, such as Bradken, was materially higher than the value to a private equity acquirer, such as Castle Harlan

57. It is for these reasons that I believe that Castle Harlan and Bradken did not want Norcast to know of Bradken's involvement in the NWS acquisition or of the pre-existing agreement between them.

**The supply of grinding mill liners in Australia**

58. Norcast Castings employed a representative in Australia in mid 2000, and secured its first contract to supply grinding mill liners into Australia in late 2001.

59. Following an application by the Australian industry, comprising Bradken and Roche, in September 2003, the Minister of Justice and Customs accepted the recommendation of the ACS in its report (see Annexure MB-1) and declared that anti-dumping measured be applied to grinding mill liners exported to Australia from Canada.

60. After the imposition of anti-dumping measures in respect of grinding mill liners exported to Australia from Canada in 2003, Norcast Castings did not receive any new orders to supply grinding mill liners manufactured at its Canadian mill liner manufacturing plant to Australian customers. Norcast believes that this is because Norcast Castings was not price competitive in the Australian market as a result of the dumping duty payable on imports of grinding mill liners from Canada.

61. In 2005, Bradken acquired Roche to become the sole domestic manufacturer of grinding mill liners. Following this acquisition, Bradken's primary competitor in the Australian market was PT Growth Asia, an Indonesian manufacturer of grinding mill liners which had been in the market for some years, although in 2003 ACS noted that the Australian industry members had "dominated the Australian market until the entry of Norcast at dumped prices [this was] despite Growth Asia's presence in the market for some years" (see Annexure MB-27).

62. On 31 July 2008, anti-dumping measures in respect of grinding mill liners exported from Canada were continued by the ACS, following an application by Bradken (comprising the Australian industry) in January 2008 (see Annexure MB-28).

63. As discussed (with reference to confidential information) in Annexure MB-2, Bradken removed a further competitive threat when it acquired NWS.

**Causes of action that Norcast may have against Bradken**

64.     In light of the matters referred to above, Norcast believes that it may have a right to obtain relief from Bradken.  In particular, Norcast believes that:

(a)     Bradken's acquisition of the shares in BC may have the effect, or was likely to have the effect, of substantially lessening competition in a substantial market in Australia (being a market for the supply of grinding mill liners) in contravention of section 50(1) of the *Competition and Consumer Act 2010* (Cth) (**CC Act**);

(b)     Bradken and Castle Harlan may have made and / or given effect to a cartel provision in contravention of sections 44ZZRJ and / or 44ZZRK of the CC Act. In particular, Norcast believes that Castle Harlan and Bradken:

(i)     may have been actual or potential competitors for the acquisition of shares in NWS; and

(ii)    may have entered into a contract, arrangement or understanding that had the purpose of ensuring that Castle Harlan would bid for the shares, but Bradken would not; and

(c)     Bradken may have aided or abetted or induced or been knowingly concerned or conspired with Castle Harlan or others to effect a contravention of section 18 of the *Australian Consumer Law* (ie., Schedule 2 of the CC Act), Part 7.10 of the *Corporations Act 2001* (Cth); and / or Part 2 Division 2 of the Australian Securities and Investments Commission Act 2001 (Cth).  In particular, Norcast believes that it may have been misled or deceived by Castle Harlan negotiating and executing the share purchase agreement with Norcast without disclosing that Castle Harlan:

(i)     was "partnering" with Bradken for the purposes of the acquisition of NWS;

(ii)    was proposing to provide and/or providing confidential NWS information to Bradken;  and/or

(iii)   had a pre-existing contract, arrangement or understanding with Bradken that Bradken would not bid to acquire NWS from Norcast because Castle Harlan would on-sell NWS to Bradken immediately following Castle Harlan's acquisition from Norcast.

**Information that Norcast requires in order to decide whether to start a proceeding**

65.     At present, Norcast does not have sufficient information to decide whether to start a proceeding in respect of the contraventions referred to in paragraph 64.

66.     The information which Norcast requires in order to decide whether to commence proceedings includes the following:

    (a)    confirmation that there was a bid rigging contract, arrangement or understanding between Castle Harlan and Bradken, as Norcast believes;

    (b)    details of such a contract, arrangement or understanding (including the date upon which, and the circumstances in which, it was made);

    (c)    the dates and other details of Bradken's receipt of confidential NWS information via Castle Harlan;

    (d)    Bradken's knowledge of the non-disclosures and misrepresentations by Castle Harlan;

    (e)    Bradken's internal considerations (including considerations by its board of directors and/or senior management) of the acquisition of NWS (including strategic rational, market effects, expected synergies, strategy for negotiations, structure and identity of purchasing entity and the price which Bradken was prepared to pay); and

    (f)    information about the Australian market for grinding mill liners, including information provided by Bradken to the ACS for the purposes of investigations and/or inquiries by the ACS in relation to the importation into Australia of grinding mill liners from Canada.

**Inquiries Norcast has made to obtain sufficient information to decide whether to start a proceeding against Bradken**

67.     As noted above, on 20 July 2011, Allens wrote to Mallesons seeking preliminary discovery in relation to the potential causes of action set out above (see Annexure MB-25).  On 26 July 2011, Mallesons wrote to Allens refusing this request (see Annexure MB-26).

68.     On 29 July 2011 Allens wrote to Mallesons again, addressing the reasons stipulated in Mallesons' letter for refusing the request for preliminary discovery (see Annexure MB-29).

69.     Further letters were sent by Mallesons to Allens on 1 August 2011 and 2 August 2011 (Annexure MB-30).

70.     On 20 July 2011 Norcast applied to the United States District Court in the Southern District of New York, for an Order pursuant to 28 Code of Laws of the United § 1782 directing Castle Harlan to:

> "produce documents, pursuant to Rule 45 of the Federal Rules of Civil
> Procedure, for use in proceedings before an Australian court, and in such
> other proceedings as may be appropriate, and requiring representatives of
> Castle Harlan to appear at sworn depositions in aid of such proceedings."

71.   The purpose of the application was to obtain documents from Castle Harlan in order
      to assist Norcast in commencing substantive proceedings against Bradken in
      Australia in relation to the matters the subject of this preliminary discovery application.

72.   The application was granted on 22 July 2011.  A copy of the application, the materials
      filed in support of the application, and the Court's orders, are Annexure MB-31.  The
      materials filed in support of the application include Declarations by myself and by
      Michael Schoenberg, the Allens' partner with carriage and conduct of this matter.

73.   The documents required to be produced by Caste Harlan pursuant to those orders
      are described in Schedule A to the subpoena as follows:

      (a)   All documents concerning the purchase of NWS by Castle Harlan or B.C.
            Limited.

      (b)   All documents concerning the purchase of NWS by Bradken.

      (c)   All documents concerning Bradken's interest in purchasing NWS.

      (d)   All documents concerning communications between or among Bradken and
            Castle Harlan or B.C. Limited regarding NWS, Norcast or B.C. Limited,
            including, without limitation, all documents reflecting (i) the negotiation of any
            agreement by Bradken to purchase NWS from Castle Harlan or B.C. Limited;
            (ii) the process by which Bradken agreed to pay a premium for NWS as
            compared to the price paid for NWS by Castle Harlan or B.C. Limited; and (iii)
            any and all offers by Bradken or benefits or inducements to cause of [sic]
            encourage Castle Harlan or B.C. Limited to submit an offer to purchase NWS.

      (e)   All documents concerning communications between Castle Harlan and B.C.
            Limited concerning NWS.

      (f)   All documents concerning communications with The Goldman Sachs Group,
            Inc. Goldman Sachs & Co., or any of their respective affiliates, relating to the
            potential interest of Bradken in purchasing NWS, in whole or in part.

      (g)   All documents concerning the involvement of Nick Greiner or Howard Morgan
            in any transaction, or potential or contemplated transaction, involving NWS.

74. On 26 July 2011 Norcast served on Castle Harlan a subpoena for documents and testimony addressed to Castle Harlan, and a subpoena for testimony addressed to Howard D. Morgan, an employee of Castle Harlan on Castle (Annexure MB-32).

75. On 29 July 2011 Castle Harlan filed Responses and Objections to both subpoenas (Annexure MB-33).


Affirmed by Michael Barton
at Zug, Switzerland on 2 August 2011
Before me:

_____
Signature of deponent


_____
Signature of witness (Christoph Schweiger)


**Notarial certification:**

The signing Notary Public of the Canton of Zug, lic. iur. Christoph Schweger, attorney at law, Dammstrasse 19, 6300 Zug, Switzerland, hereby certifies that this public document contains the declarations of Mr. MICHAEL BARTON, born April 25, 1979, British citizen, resident in Switzerland, UK-passport No. 099036177, which declarations have been authorised and signed before me.


CH – 6300 Zug, August 2, 2011


The Notary Public:

Christoph Schweiger

Form 59
Rule 29.02(1)

**Annexure certificate**

No          of 2011

**Federal Court of Australia**
**District Registry: Victoria**
**Division: General**

**NORCAST S.ÀR.L**

Applicant

**BRADKEN LIMITED**

Respondent

This is the annexure marked **"MB-1"** produced and shown to MICHAEL BARTON at the time
of affirming his affidavit this  2   August 2011.

Before me   _____

---

Filed on behalf of: Norcast S.àr.l, The Applicant

Prepared by:      Michael Schoenberg
Law firm:         Allens Arthur Robinson
Tel:              (03) 9614 1011
Fax:              (03) 9614 4661
Email:            Michael.Schoenberg@aar.com.au

**Address for service:**
530 Collins Street, Melbourne  VIC  3000
DX:  30999 Melbourne

eykm A0118284987v1 120182237



**Australian Government**

**Australian Customs Service**

## AUSTRALIAN CUSTOMS DUMPING NOTICE NO. 2003/42

### Iron and steel grinding mill liners
### Canada

### Finding in relation to an anti-dumping investigation

The Minister for Justice and Customs has accepted Customs' recommendations that anti-dumping action be taken in relation to the dumping of cast articles of iron and steel used to line grinding mills (the goods) exported to Australia from Canada. The goods do not include items used in fitting mill liners to grinding mills such as fillers, rings, bolts and washers.

In Report 70 Customs concluded that:

- exports of the goods from Canada were at dumped prices;

- the Australian industry has suffered injury;

- dumped imports have caused material injury to the Australian industry producing like goods; and

- material injury would continue to be caused to the Australian industry if the goods continue to be exported to Australia at dumped prices.

Customs recommended that:

- anti-dumping action be taken against the goods exported from Canada.

The material injury factors relevant to the industry are lost sales, price undercutting, price depression, loss of market share and loss of profits and profitability.

The Minister accepts Customs' recommendations and declares that s.8 of the *Customs Tariff (Anti-Dumping) Act 1975* applies to:

- the goods and like goods exported to Australia from Canada and entered for home consumption on or after 20 February 2003 but before publication of the notice in *The Gazette* and *The Australian*; and

- like goods exported to Australia from Canada and entered for home consumption on or after the date of publication of the notice in *The Gazette* and *The Australian*.

Customs will not publicise normal values, export prices and non-injurious prices as they may reveal confidential details of the companies concerned. Upon request the CEO may notify normal value or export price or non injurious price to persons who, in the CEO's opinion, would be affected parties in any review of the rate of interim duty imposed on like goods to the goods to which the declaration relates.

Report 70 contains the reasons for Customs' recommendation and is available on request from the Trade Measures Office Management, Australian Customs Service, Canberra, telephone (02) 6275 6547 or on the internet at http://www.customs.gov.au.

Public notice of the Minister's decision appeared in *The Australian* and *The Gazette* on 17 September 2003.

Interested parties may request a review of the Minister's decision by lodging an application with the Trade Measures Review Officer in the approved form and manner within 30 days of the publication of

protecting our borders

**20**

the notice. The legislation relating to the review of ministerial decisions is set out in the *Customs Act 1901* commencing at s. 269ZZA.

Inquiries about this notice may be directed to the Director, Operations 2, on telephone number (02) 6275 6044 or facsimile number (02) 6275 6888.


SUE PITMAN
National Manager
Trade Measures Branch
CANBERRA  ACT
17 September 2003

21

Form 59
Rule 29.02(1)

### Confidential Annexure Certificate

No            of 2011

**Federal Court of Australia**
**District Registry: Victoria**
**Division: General**

**NORCAST S.ÀR.L**

Applicant

**BRADKEN LIMITED**

Respondent

This is the **confidential** annexure marked **"MB-2"** produced and shown to MICHAEL

BARTON at the time of affirming his affidavit this  2   August 2011.

Before me      _____

---

Filed on behalf of: Norcast S.ár.l, The Applicant
Prepared by:    Michael Schoenberg
Law firm:       Allens Arthur Robinson
Tel:     (03) 9614 1011
Fax:             (03) 9614 4661
Email:  Michael.Schoenberg@aar.com.au

**Address for service:**
530 Collins Street, Melbourne  VIC  3000
DX:  30999 Melbourne
eykm A0118284987v1 120182237

This annexure is confidential and has been filed and served separately.

CONFIDENTIAL EXHIBIT REMOVED

Form 59
Rule 29.02(1)

**Annexure certificate**

No          of 2011

**Federal Court of Australia**
**District Registry: Victoria**
**Division: General**

**NORCAST S.ÀR.L**

Applicant

**BRADKEN LIMITED**

Respondent

This is the annexure marked **"MB-3"** produced and shown to MICHAEL BARTON at the time
of affirming his affidavit this $2$    August 2011.

Before me     _____

Filed on behalf of:  Norcast S.ár.l, The Applicant
Prepared by:    Michael Schoenberg
Law firm:      Allens Arthur Robinson
Tel:     (03) 9614 1011
Fax:         (03) 9614 4661
Email:  Michael.Schoenberg@aar.com.au

**Address for service:**
530 Collins Street, Melbourne  VIC  3000
DX:  30999 Melbourne
eykm A0118284987v1 120182237

ASIC Historical Company Extract                                    ABN: 33108693009

### ASIC Current and Historical Extract as at Date: 13 Jul 2011 Time: 10:34:37

This computer produced extract contains information derived from
the ASIC database either from documents lodged with the ASIC
and processed as at the stated date of the extract, or from records
supplied by previous state and/or territory systems.

Please advise the A.S.I.C. promptly of any error or ommission
which you may find, so that we can correct it.

The Information Division of the Australian Securities & Investments
Commission is certified under the Australian Quality Standard AS 3901
(International Standard ISO 9001).
Section 1274B
This extract has been prepared by the Australian Securities
& Investments Commission from information it obtained,
by using a data processor, from the national database.

If you believe that this extract contains any error or omission
please advise the A.S.I.C. promptly.

The Information Division of the Australian Securities & Investments Commission
is certified under the Australian Quality Standard AS 3901
(International Standard ISO 9001).

108 693 009 BRADKEN LIMITED                              Document No

ACN (Australian Company Number): 108 693 009
Registered in: Victoria
Previous State Number:
Registration Date: 13/04/2004
Next Review Date: 13/04/2012
Company bound by: Replaceable Rules
Australian Business Number: 33 108 693 009

Current Organisation Details

Name      : BRADKEN LIMITED                             5E1256353
Name Start: 13/04/2004
Status    : Registered
Type      : AUSTRALIAN PUBLIC COMPANY
Class     : LIMITED BY SHARES
Subclass  : LISTED PUBLIC COMPANY
DISCLOSING ENTITY: YES

Organisation Details from 13/04/2004 to 17/08/2004

Name      : BRADKEN LIMITED                             020127667
Name Start: 13/04/2004
Status    : Registered
Type      : AUSTRALIAN PUBLIC COMPANY
Class     : LIMITED BY SHARES
Subclass  : UNLISTED PUBLIC COMPANY

Registered Office

2 MAUD STREET MAYFIELD WEST NSW 2304                     020127667
Start Date: 13/04/2004

Principal Place of Business

2 MAUD STREET MAYFIELD WEST NSW 2304                     020127667
Start Date: 13/04/2004

Directors

PHILLIP JAMES ARNALL                                    020127667
UNIT 35 304 WHARF ROAD NEWCASTLE NSW 2300
Born: 18/07/1945 - NEWCASTLE NSW

ASIC Historical Company Extract                                    ABN: 33108693009

Appointment Date: 13/04/2004

NICHOLAS FRANK HUGO GREINER                               020127667
98 LANG ROAD CENTENNIAL PARK NSW 2021
Born: 27/04/1947 - BUDAPEST HUNGARY
Appointment Date: 13/04/2004

VINCENT JOHN O'ROURKE                                     020594916
UNIT 29 355 MAIN STREET KANGAROO POINT QLD 4169
Born: 21/04/1936 - BATHURST NSW
Appointment Date: 08/08/2004

BRIAN HODGES                                             020657754
222 BUTTERWICK ROAD WOODVILLE NSW 2321
Born: 20/08/1953 - WARATAH NSW
Appointment Date: 13/04/2004

PETER IAN RICHARDS                                       1F0003693
6 BEATTY STREET BALGOWLAH HEIGHTS NSW 2093
Born: 29/01/1959 - SYDNEY NSW
Appointment Date: 11/02/2009

GREGORY RAY LAURIE                                       1F0302625
40 KALAKAU AVENUE FORRESTERS BEACH NSW 2260
Born: 24/02/1942 - SYDNEY NSW
Appointment Date: 24/02/2005

EILEEN JOY DOYLE                                         1F0299739
6 BLANDFORD STREET FENNELL BAY NSW 2283
Born: 22/01/1955 - NEWCASTLE NSW
Appointment Date: 01/07/2011

Previous Directors

PHILLIP GRAHAM MORLEY                                     020127667
14 CHELSEA POINTE DANA POINT CA 92629 UNITED STATES OF AMERICA
Born: 05/12/1947 - PARRAMATTA NSW
Appointment Date: 13/04/2004 Cease Date: 16/06/2004

VINCENT JOHN O'ROURKE                                     020127667
UNIT 29 355 MAIN STREET KANGAROO POINT QLD 4169
Born: 21/04/1936 - BATHURST NSW
Appointment Date: 13/04/2004 Cease Date: 17/06/2004

Secretary

BRUCE DOUGLAS ARNOTT                                      1F0008083
102 GORDON AVENUE HAMILTON NSW 2303
Born: 03/02/1956 - NEWCASTLE NSW
Appointment Date: 04/11/2005

DAVID JOHN CHESTERFIELD                                   1F0317006
17 DANIEL STREET BELMONT NSW 2280
Born: 29/10/1956 - NEWCASTLE NSW
Appointment Date: 16/11/2010

Previous Secretary

ANDREW JOHN POOLE                                         020127667
6 CHATEAU PLACE ELEEBANA NSW 2282
Born: 08/05/1963 - HAY NSW
Appointment Date: 13/04/2004 Cease Date: 04/11/2005

ASIC Historical Company Extract                                     ABN: 33108693009

**Appointed Auditor**

083 021 514 PRICEWATERHOUSECOOPERS                                  024708458
PO BOX 798 NEWCASTLE NSW 2300
Appointment Date: 05/07/2005

**Previous Appointed Auditor**

093 451 373 KPMG NEWCASTLE                                          024708458
PO BOX 780K NEWCASTLE NSW 2300
Appointment Date: 13/04/2004 Cease Date: 05/07/2005

**Share Structure**

Note: For each class of shares issued by a proprietary company, ASIC records
the details of the top twenty members of the class (based on shareholdings).
The details of any other members holding the same number of shares as the
twentieth ranked member will also be recorded by ASIC on the database.
Where available, historical records show that a member has ceased to be
ranked amongst the top twenty members. This may, but does not necessarily
mean, that they have ceased to be a member of the company.

Class: ORD                                                          027586779
        ORDINARY SHARES
Number of Shares/Interests Issued        :        161837406
Total Amount (if any) Paid / Taken to be Paid:    701948677.46
Total Amount Due and Payable             :               0.00

**Charges Registered and Related Documents Received**

Note: A charge is some form of security given over the property/assets of
the company. In order to obtain details of the 'amount secured by a charge',
'the property charged', the property released from a charge or the documents
relating to a satisfaction, assignment or change in details, it is necessary
to obtain a 'CHARGES EXTRACT'.

ASIC Charge Number       : 1037789                Status    : Satisfied
Date and time Registered : 22/04/2004  15:38:00 Fixed/floating    : Both Fixed & Floating
Date Created             : 20/04/2004
Chargee/Trustee          : 002 888 011 J.P. MORGAN AUSTRALIA LIMITED
Documents Received

| Form Type | Description | Date Lodged | Proc'd | No. Pages | Document No |
|---|---|---|---|---|---|
| 309 | NOTIFICATION OF DETAILS OF A CHARGE | 22/04/2004 | YES | 28 | 020138189 |
| 312 | NOTIFICATION OF DISCHARGE | 02/08/2004 | YES | 1 | 020111881 |

ASIC Charge Number       : 1071287                Status    : Satisfied
Date and time Registered : 11/08/2004  13:04:00 Fixed/floating    : Both Fixed & Floating
Date Created             : 06/08/2004
Chargee/Trustee          : 009 413 852 BOSI SECURITY SERVICES LTD

| Form Type | Description | Date Lodged | Proc'd | No. Pages | Document No |
|---|---|---|---|---|---|
| 309 | NOTIFICATION OF DETAILS OF A CHARGE | 11/08/2004 | YES | 28 | 020156337 |
| 311 | NOTIFICATION OF CHANGE TO DETAILS OF CHARGE | 20/05/2009 | YES | 3 | 7E2197589 |
| 312 | NOTIFICATION OF DISCHARGE | 08/12/2009 | YES | 4 | 7E2591428 |

ASIC Historical Company Extract                                                    ABN: 33108693009

```
ASIC Charge Number        : 1890833              Status      : Satisfied
Date and time Registered  : 04/12/2009 17:33:00 Fixed/floating : Both Fixed & Floating
Date Created              : 02/12/2009
Chargee/Trustee           : 009 413 852 BOSI SECURITY SERVICES LTD
309                                    04/12/2009 YES      38        7E2586557
        NOTIFICATION OF
        DETAILS OF A CHARGE
        Altered by 7E2 697 064
350                                    09/02/2010 YES       2        7E2697064
        CERTIFICATION OF COMPLIANCE WITH STAMP DUTIES LAW BY
        PROVISIONAL CHARGE
        Alters 7E2 586 557
312                                    11/05/2011 YES       2        027189027
        NOTIFICATION OF
        DISCHARGE
```

Note: This extract may not contain all charges for corporations registered
prior to 1991 and it may be advisable to also search the State or territory
records held by the ASIC.

---

Documents Received (except those listed already under Charges)

```
Form Type  Date Received  Date Processed  No. Pages  Effective Date

7053A        12/07/2011    12/07/2011          1      12/07/2011    5E2758901
7053A  Disclosure Notice - Ex Australian Stock Exchange
07003  ASX Other

7053A        07/07/2011    07/07/2011          2      07/07/2011    5E2755368
7053A  Disclosure Notice - Ex Australian Stock Exchange
03014  ASX Periodic Reports - Other
07001  ASX Asset Acquisition

484          05/07/2011    06/07/2011          0      06/07/2011    027586779
 484   Change to Company Details
484G   Notification of Share Issue
484O   Changes to Share Structure

484          05/07/2011    06/07/2011          0      06/07/2011    1F0299739
484E   Change to Company Details Appointment or Cessation of A
       Company Officeholder

7053A        01/07/2011    01/07/2011         19      01/07/2011    5E2750363
7053A  Disclosure Notice - Ex Australian Stock Exchange
02002  ASX Form 604 - Change in a Substantial Shareholder

7053A        01/07/2011    01/07/2011         18      01/07/2011    5E2750305
7053A  Disclosure Notice - Ex Australian Stock Exchange
02002  ASX Form 604 - Change in a Substantial Shareholder

7053A        29/06/2011    29/06/2011          7      29/06/2011    5E2744654
7053A  Disclosure Notice - Ex Australian Stock Exchange
06013  ASX - Appendix 3b

484          27/06/2011    28/06/2011          3      28/06/2011    027262779
 484   Change to Company Details
484G   Notification of Share Issue
484O   Changes to Share Structure

7053A        22/06/2011    22/06/2011          1      22/06/2011    5E2736105
7053A  Disclosure Notice - Ex Australian Stock Exchange
12001  ASX Director Appointment/resignation

352          16/06/2011    23/06/2011          7      16/06/2011    027552843
 352   Assumption Deed Relating to Class Order

7053A        10/06/2011    10/06/2011         11      10/06/2011    5E2725780
7053A  Disclosure Notice - Ex Australian Stock Exchange
02001  ASX Form 603 - Becoming a Substantial Shareholder
```

ASIC Historical Company Extract                                         ABN: 33108693009

```
7053A        10/06/2011  10/06/2011       9      10/06/2011   5E2725306
7053A   Disclosure Notice - Ex Australian Stock Exchange
02003   ASX Form 605 - Ceasing to Be a Substantial Shareholder

7053A        07/06/2011  07/06/2011       1      07/06/2011   5E2720927
7053A   Disclosure Notice - Ex Australian Stock Exchange
06009   ASX Issued Capital - Other

7053A        06/06/2011  06/06/2011      11      06/06/2011   5E2719787
7053A   Disclosure Notice - Ex Australian Stock Exchange
06009   ASX Issued Capital - Other
12008   ASX Company Administration - Other

7053A        01/06/2011  01/06/2011       7      01/06/2011   5E2715576
7053A   Disclosure Notice - Ex Australian Stock Exchange
06003   ASX Placement

7053A        01/06/2011  01/06/2011       1      01/06/2011   5E2715518
7053A   Disclosure Notice - Ex Australian Stock Exchange
06003   ASX Placement
09014   ASX Trading Halt Lifted

7053A        31/05/2011  31/05/2011       3      31/05/2011   5E2714229
7053A   Disclosure Notice - Ex Australian Stock Exchange
06003   ASX Placement
06009   ASX Issued Capital - Other

7053A        31/05/2011  31/05/2011       2      31/05/2011   5E2714165
7053A   Disclosure Notice - Ex Australian Stock Exchange
09007   ASX Trading Halt

484          30/05/2011  31/05/2011       3      30/05/2011   027562264
484     Change to Company Details
484G    Notification of Share Issue
484O    Changes to Share Structure

7053A        27/05/2011  27/05/2011       2      27/05/2011   5E2712528
7053A   Disclosure Notice - Ex Australian Stock Exchange
12008   ASX Company Administration - Other

7053A        25/05/2011  25/05/2011      20      25/05/2011   5E2710118
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
11002   ASX PROGRESS REPORT - OTHER

7053A        20/05/2011  20/05/2011       7      20/05/2011   5E2706008
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B

7053A        19/05/2011  19/05/2011       1      19/05/2011   5E2704794
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014   ASX PERIODIC REPORTS - OTHER
07001   ASX ASSET ACQUISITION

7053A        27/04/2011  27/04/2011       2      27/04/2011   5E2685617
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014   ASX PERIODIC REPORTS - OTHER
11001   ASX PROGRESS REPORT
12008   ASX COMPANY ADMINISTRATION - OTHER

7053A        11/04/2011  11/04/2011      16      11/04/2011   5E2673735
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A        11/04/2011  11/04/2011      15      11/04/2011   5E2673737
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A        28/03/2011  28/03/2011      14      28/03/2011   5E2660045
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

484          28/03/2011  29/03/2011       3      29/03/2011   027506701
484     CHANGE TO COMPANY DETAILS
484G    NOTIFICATION OF SHARE ISSUE
```

32

ASIC Historical Company Extract                                        ABN: 33108693009

484O  CHANGES TO SHARE STRUCTURE

7053A        23/03/2011   23/03/2011         1      23/03/2011     5E2655532
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER


7053A        23/03/2011   23/03/2011         2      23/03/2011     5E2654970
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        23/03/2011   23/03/2011         2      23/03/2011     5E2654971
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        23/03/2011   23/03/2011         2      23/03/2011     5E2654972
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        21/03/2011   21/03/2011         7      21/03/2011     5E2652419
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B


7053A        15/03/2011   15/03/2011        16      15/03/2011     5E2647712
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        15/03/2011   15/03/2011         4      15/03/2011     5E2647572
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A        15/03/2011   15/03/2011         1      15/03/2011     5E2646991
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
10005  ASX DIVIDEND - OTHER


7053A        08/03/2011   08/03/2011        12      08/03/2011     5E2641861
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        08/03/2011   08/03/2011         7      08/03/2011     5E2641804
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B


7053A        24/02/2011   24/02/2011        14      24/02/2011     5E2633157
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A        23/02/2011   23/02/2011        22      23/02/2011     5E2631826
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A        23/02/2011   23/02/2011        16      23/02/2011     5E2631737
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A       .22/02/2011   22/02/2011        39      22/02/2011     5E2630318
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        10/02/2011   10/02/2011         8      10/02/2011     5E2620313
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
14013  TRADING POLICY


7053A        09/02/2011   09/02/2011        18      09/02/2011     5E2619140
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004  ASX HALF-YEARLY REPORT
10001  ASX DIVIDEND BOOKS CLOSING
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE
10004  ASX DIVIDEND ALTERATION


7053A        08/02/2011   08/02/2011        26      08/02/2011     5E2618006
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004  ASX HALF-YEARLY REPORT

ASIC Historical Company Extract                                      ABN: 33108693009

```
7053A        08/02/2011   08/02/2011        1      08/02/2011      5E2618016
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
10005   ASX DIVIDEND - OTHER


7053A        08/02/2011   08/02/2011       18      08/02/2011      5E2617917
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT
03009   ASX HALF-YEARLY AUDIT REVIEW
03010   ASX HALF-YEARLY DIRECTOR'S STATEMENT
03015   ASX ASC HALF-YEARLY AUDITED ACCOUNTS
03019   HALF YEARLY REPORT AND HALF YEAR ACCOUNTS
10001   ASX DIVIDEND BOOKS CLOSING
10002   ASX DIVIDEND PAY DATE
10003   ASX DIVIDEND RATE


7053A        08/02/2011   08/02/2011        4      08/02/2011      5E2617918
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT


7053A        14/01/2011   14/01/2011        1      14/01/2011      5E2601420
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014   ASX PERIODIC REPORTS - OTHER
11001   ASX PROGRESS REPORT


7053A        23/12/2010   23/12/2010        8      23/12/2010      5E2591800
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
14013   TRADING POLICY


7053A        10/12/2010   10/12/2010        1      10/12/2010      5E2577362
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009   ASX ISSUED CAPITAL - OTHER
12008   ASX COMPANY ADMINISTRATION - OTHER


484          06/12/2010   07/12/2010        3      07/12/2010      1F0317006
484E    CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A
        COMPANY OFFICEHOLDER


7053A        02/11/2010   02/11/2010        1      02/11/2010      5E2533624
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009   ASX ISSUED CAPITAL - OTHER


7053A        21/10/2010   21/10/2010        2      21/10/2010      5E2520217
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08003   ASX RESULTS OF MEETING


7053A        20/10/2010   20/10/2010       21      20/10/2010      5E2519940
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
11001   ASX PROGRESS REPORT


7053A        19/10/2010   19/10/2010        7      19/10/2010      5E2517247
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A        19/10/2010   19/10/2010        2      19/10/2010      5E2517251
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        05/10/2010   05/10/2010        5      05/10/2010      5E2500645
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A        23/09/2010   23/09/2010        4      23/09/2010      5E2487914
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


484          20/09/2010   21/09/2010        3      21/09/2010      027139303
484     CHANGE TO COMPANY DETAILS
484G    NOTIFICATION OF SHARE ISSUE
484O    CHANGES TO SHARE STRUCTURE


7053A        17/09/2010   17/09/2010      127      17/09/2010      5E2482035
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001   ASX ANNUAL REPORT
03002   ASX TOP 20 SHAREHOLDERS
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS

7053A       17/09/2010   17/09/2010        4      17/09/2010      5E2482037
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08001  ASX NOTICE OF ANNUAL MEETING

7053A       17/09/2010   17/09/2010        2      17/09/2010      5E2482039
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08004  ASX PROXY FORM

7053A       14/09/2010   14/09/2010        7      14/09/2010      5E2476714
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A       14/09/2010   14/09/2010        2      14/09/2010      5E2476716
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       14/09/2010   14/09/2010        2      14/09/2010      5E2476717
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       14/09/2010   14/09/2010        2      14/09/2010      5E2476718
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       14/09/2010   14/09/2010        2      14/09/2010      5E2476719
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

484         10/09/2010   10/09/2010        3      10/09/2010      023864492
4840   CHANGE TO COMPANY DETAILS CHANGES TO SHARE STRUCTURE

7053A       31/08/2010   31/08/2010        7      31/08/2010      5E2461953
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A       27/08/2010   27/08/2010        8      27/08/2010      5E2458973
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       26/08/2010   26/08/2010        9      26/08/2010      5E2458681
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

484         26/08/2010   26/08/2010        3      26/08/2010      027051576
484    CHANGE TO COMPANY DETAILS
484G   NOTIFICATION OF SHARE ISSUE
4840   CHANGES TO SHARE STRUCTURE

7053A       25/08/2010   25/08/2010       17      25/08/2010      5E2457399
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       25/08/2010   25/08/2010       18      25/08/2010      5E2457254
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

484         23/08/2010   23/08/2010        3      23/08/2010      027052216
484    CHANGE TO COMPANY DETAILS
484G   NOTIFICATION OF SHARE ISSUE
4840   CHANGES TO SHARE STRUCTURE

7053A       17/08/2010   17/08/2010        7      17/08/2010      5E2448316
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A       12/08/2010   12/08/2010        3      12/08/2010      5E2444789
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER
```

ASIC Historical Company Extract                                      ABN: 33108693009

```
7053A        10/08/2010  10/08/2010      31     10/08/2010    5E2442115
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT


7053A        10/08/2010  10/08/2010      94     10/08/2010    5E2441781
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS
10001  ASX DIVIDEND BOOKS CLOSING
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE


7053A        10/08/2010  10/08/2010       4     10/08/2010    5E2441784
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT


7053A        12/07/2010  12/07/2010       1     12/07/2010    5E2417866
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07003  ASX OTHER


484          12/07/2010  13/07/2010       4     13/07/2010    1P0302625
484A1  CHANGE TO COMPANY DETAILS CHANGE OFFICEHOLDER NAME OR
       ADDRESS


7053A        06/07/2010  06/07/2010       4     06/07/2010    5E2413753
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        30/06/2010  30/06/2010       4     30/06/2010    5E2408474
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


484          29/06/2010  29/06/2010       3     29/06/2010    025986043
484    CHANGE TO COMPANY DETAILS
484G   NOTIFICATION OF SHARE ISSUE
484O   CHANGES TO SHARE STRUCTURE


7053A        24/06/2010  24/06/2010       2     24/06/2010    5E2401843
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        24/06/2010  24/06/2010       2     24/06/2010    5E2401844
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        24/06/2010  24/06/2010       2     24/06/2010    5E2401845
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        24/06/2010  24/06/2010       2     24/06/2010    5E2401846
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        23/06/2010  23/06/2010       7     23/06/2010    5E2400023
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B


484          21/06/2010  21/06/2010       3     21/06/2010    026694318
484    CHANGE TO COMPANY DETAILS
484G   NOTIFICATION OF SHARE ISSUE
484O   CHANGES TO SHARE STRUCTURE


7053A        21/06/2010  21/06/2010       1     21/06/2010    5E2396953
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER
11001  ASX PROGRESS REPORT
12008  ASX COMPANY ADMINISTRATION - OTHER


7053A        09/06/2010  09/06/2010       4     09/06/2010    5E2386466
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER
```

ASIC Historical Company Extract                                    ABN: 33108693009

```
7053A      27/05/2010   27/05/2010      28     27/05/2010    5E2375765
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      27/05/2010   27/05/2010      27     27/05/2010    5E2375775
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      25/05/2010   25/05/2010       1     25/05/2010    5E2372959
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A      24/05/2010   24/05/2010      13     24/05/2010    5E2372631
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER
12008  ASX COMPANY ADMINISTRATION - OTHER
16002  ASX LETTER TO SHAREHOLDERS

7053A      19/05/2010   19/05/2010       1     19/05/2010    5E2368953
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06003  ASX PLACEMENT
09014  ASX TRADING HALT LIFTED

7053A      19/05/2010   19/05/2010       7     19/05/2010    5E2368954
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06003  ASX PLACEMENT
06013  ASX - APPENDIX 3B

7053A      18/05/2010   18/05/2010       5     18/05/2010    5E2368598
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      18/05/2010   18/05/2010       3     18/05/2010    5E2367971
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER
06003  ASX PLACEMENT
06009  ASX ISSUED CAPITAL - OTHER
07001  ASX ASSET ACQUISITION

7053A      18/05/2010   18/05/2010      12     18/05/2010    5E2367972
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER
06003  ASX PLACEMENT
06009  ASX ISSUED CAPITAL - OTHER
07001  ASX ASSET ACQUISITION

7053A      18/05/2010   18/05/2010       2     18/05/2010    5E2367915
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
09007  ASX TRADING HALT

7053A      11/05/2010   11/05/2010       4     11/05/2010    5E2364026
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      29/04/2010   29/04/2010      10     29/04/2010    5E2355005
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      27/04/2010   27/04/2010       4     27/04/2010    5E2352781
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      21/04/2010   21/04/2010      10     21/04/2010    5E2349846
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

484        19/04/2010   19/04/2010       3     19/04/2010    1F0003693
484A1  CHANGE TO COMPANY DETAILS CHANGE OFFICEHOLDER NAME OR
       ADDRESS

7053A      16/04/2010   16/04/2010       4     16/04/2010    5E2346999
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
7053A        13/04/2010   13/04/2010      10    13/04/2010    5E2344041
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        07/04/2010   07/04/2010       3    07/04/2010    5E2340208
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE
17003   ASX RESPONSE TO ASX QUERY


7053A        31/03/2010   31/03/2010       2    31/03/2010    5E2337554
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        31/03/2010   31/03/2010       2    31/03/2010    5E2337555
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        31/03/2010   31/03/2010       2    31/03/2010    5E2337550
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        31/03/2010   31/03/2010       2    31/03/2010    5E2337551
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        23/03/2010   23/03/2010       6    23/03/2010    5E2332244
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


484          19/03/2010   22/03/2010       4    19/03/2010    1F0320074
 484    CHANGE TO COMPANY DETAILS
 484G   NOTIFICATION OF SHARE ISSUE
 484O   CHANGES TO SHARE STRUCTURE


7053A        16/03/2010   16/03/2010       8    16/03/2010    5E2326666
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A        10/03/2010   10/03/2010       1    10/03/2010    5E2322197
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
10005   ASX DIVIDEND - OTHER


7053A        03/03/2010   03/03/2010       4    03/03/2010    5E2317282
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


484          26/02/2010   01/03/2010       4    01/03/2010    1F0293516
 484    CHANGE TO COMPANY DETAILS
 484G   NOTIFICATION OF SHARE ISSUE
 484O   CHANGES TO SHARE STRUCTURE


7053A        22/02/2010   22/02/2010       7    22/02/2010    5E2308910
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


350          09/02/2010   09/02/2010       2    09/02/2010    7E2697064
 350    CERTIFICATION OF COMPLIANCE WITH STAMP DUTIES LAW BY
        PROVISIONAL CHARGE
                                                 Alters 7E2 586 557


7053A        09/02/2010   09/02/2010      26    09/02/2010    5E2298038
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT


7053A        09/02/2010   09/02/2010      19    09/02/2010    5E2297915
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT
03009   ASX HALF-YEARLY AUDIT REVIEW
03010   ASX HALF-YEARLY DIRECTOR'S STATEMENT
03015   ASX ASC HALF-YEARLY AUDITED ACCOUNTS
03019   HALF YEARLY REPORT AND HALF YEAR ACCOUNTS
10001   ASX DIVIDEND BOOKS CLOSING
10002   ASX DIVIDEND PAY DATE
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
10003  ASX DIVIDEND RATE

7053A       09/02/2010   09/02/2010         4      09/02/2010     5E2297917
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004  ASX HALF-YEARLY REPORT

7053A       08/02/2010   08/02/2010         4      08/02/2010     5E2296855
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       05/02/2010   05/02/2010         5      05/02/2010     5E2296534
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       02/02/2010   02/02/2010         9      02/02/2010     5E2293419
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

484         22/01/2010   22/01/2010         4      22/01/2010     1F0181639
 484   CHANGE TO COMPANY DETAILS
 484G  NOTIFICATION OF SHARE ISSUE
 484O  CHANGES TO SHARE STRUCTURE

7053A       19/01/2010   19/01/2010         7      19/01/2010     5E2281942
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A       06/01/2010   06/01/2010         4      06/01/2010     5E2276572
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       24/12/2009   24/12/2009         2      24/12/2009     5E2273899
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       22/12/2009   22/12/2009         4      22/12/2009     5E2272803
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       17/12/2009   17/12/2009         1      17/12/2009     5E2268943
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       17/12/2009   17/12/2009         7      17/12/2009     5E2268741
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A       17/12/2009   17/12/2009         1      17/12/2009     5E2268742
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A       14/12/2009   14/12/2009         5      14/12/2009     5E2266674
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

484         11/12/2009   11/12/2009         4      11/12/2009     1F0265973
 484   CHANGE TO COMPANY DETAILS
 484G  NOTIFICATION OF SHARE ISSUE
 484O  CHANGES TO SHARE STRUCTURE

7053A       04/12/2009   04/12/2009         5      04/12/2009     5E2261079
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       04/12/2009   04/12/2009         1      04/12/2009     5E2260760
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER
11001  ASX PROGRESS REPORT

7053A       25/11/2009   25/11/2009         2      25/11/2009     5E2252771
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       23/11/2009   23/11/2009         3      23/11/2009     5E2250253
```

ASIC Historical Company Extract                                    ABN: 33108693009

```
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A       23/11/2009   23/11/2009      2      23/11/2009    5E2250111
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A       19/11/2009   19/11/2009      3      19/11/2009    5E2248821
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A       17/11/2009   17/11/2009      7      17/11/2009    5E2245624
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A       02/11/2009   02/11/2009      2      02/11/2009    5E2235701
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A       29/10/2009   29/10/2009      1      29/10/2009    5E2232995
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009   ASX ISSUED CAPITAL - OTHER
12008   ASX COMPANY ADMINISTRATION - OTHER


7053A       29/10/2009   29/10/2009      2      29/10/2009    5E2232097
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08003   ASX RESULTS OF MEETING


7053A       28/10/2009   28/10/2009     25      28/10/2009    5E2231774
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
15002   ASX CHAIRMAN'S ADDRESS


7053A       15/10/2009   15/10/2009      1      15/10/2009    5E2220523
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A       02/10/2009   02/10/2009      2      02/10/2009    5E2212211
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


484         02/10/2009   20/10/2009      4      02/10/2009    1F0082887
484     CHANGE TO COMPANY DETAILS
484G    NOTIFICATION OF SHARE ISSUE
484O    CHANGES TO SHARE STRUCTURE


7053A       01/10/2009   01/10/2009      5      01/10/2009    5E2211048
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08001   ASX NOTICE OF ANNUAL MEETING


7053A       28/09/2009   28/09/2009    124      28/09/2009    5E2206731
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001   ASX ANNUAL REPORT
03002   ASX TOP 20 SHAREHOLDERS
03011   ASX ASC ANNUAL AUDITED ACCOUNTS
03012   ASX ASC ANNUAL AUDIT REVIEW
03013   ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020   FULL YEAR ACCOUNTS


7053A       28/09/2009   28/09/2009      4      28/09/2009    5E2206734
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08001   ASX NOTICE OF ANNUAL MEETING


7053A       28/09/2009   28/09/2009      2      28/09/2009    5E2206735
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08004   ASX PROXY FORM


7053A       24/09/2009   24/09/2009      4      24/09/2009    5E2205495
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A       22/09/2009   22/09/2009      2      22/09/2009    5E2203056
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE
```

ASIC Historical Company Extract                                                                              ABN: 33108693009

```
7053A       22/09/2009   22/09/2009        7      22/09/2009    5E2202563
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013    ASX - APPENDIX 3B

7053A       15/09/2009   15/09/2009        7      15/09/2009    5E2197946
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013    ASX - APPENDIX 3B

7053A       15/09/2009   15/09/2009        2      15/09/2009    5E2197928
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       15/09/2009   15/09/2009        2      15/09/2009    5E2197929
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       08/09/2009   08/09/2009        2      08/09/2009    5E2194100
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       08/09/2009   08/09/2009        7      08/09/2009    5E2194101
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013    ASX - APPENDIX 3B

7053A       07/09/2009   07/09/2009        7      07/09/2009    5E2192788
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013    ASX - APPENDIX 3B

7053A       07/09/2009   07/09/2009        1      07/09/2009    5E2192790
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009    ASX ISSUED CAPITAL - OTHER

7053A       03/09/2009   03/09/2009        2      03/09/2009    5E2191092
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002    ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       02/09/2009   02/09/2009        2      02/09/2009    5E2190022
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002    ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       02/09/2009   02/09/2009        1      02/09/2009    5E2189538
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009    ASX ISSUED CAPITAL - OTHER
10005    ASX DIVIDEND - OTHER

7053A       26/08/2009   26/08/2009        1      26/08/2009    5E2183848
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003    ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       14/08/2009   14/08/2009        2      14/08/2009    5E2175159
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002    ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       13/08/2009   13/08/2009        3      13/08/2009    5E2174299
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002    ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       13/08/2009   13/08/2009        7      13/08/2009    5E2173813
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003    ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       06/08/2009   06/08/2009       31      06/08/2009    5E2169657
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003    ASX PRELIMINARY - FINAL STATEMENT

7053A       06/08/2009   06/08/2009       91      06/08/2009    5E2169557
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001    ASX ANNUAL REPORT
03003    ASX PRELIMINARY - FINAL STATEMENT
03011    ASX ASC ANNUAL AUDITED ACCOUNTS
03012    ASX ASC ANNUAL AUDIT REVIEW
03013    ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020    FULL YEAR ACCOUNTS
10001    ASX DIVIDEND BOOKS CLOSING
```

ASIC Historical Company Extract                                   ABN: 33108693009

```
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE

7053A      06/08/2009   06/08/2009        4      06/08/2009    5E2169558
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT

7053A      23/07/2009   23/07/2009        5      23/07/2009    5E2158506
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      09/07/2009   09/07/2009       14      09/07/2009    5E2147666
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      09/07/2009   09/07/2009       13      09/07/2009    5E2147655
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      08/07/2009   08/07/2009        2      08/07/2009    5E2146831
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      01/07/2009   01/07/2009        2      01/07/2009    5E2141734
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      22/06/2009   22/06/2009        2      22/06/2009    5E2132788
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      09/06/2009   09/06/2009        1      09/06/2009    5E2123138
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER
12008  ASX COMPANY ADMINISTRATION - OTHER

7053A      19/05/2009   19/05/2009        9      19/05/2009    5E2110747
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      18/05/2009   19/05/2009        4      18/05/2009    5E2109834
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      04/05/2009   04/05/2009        9      04/05/2009    5E2099860
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      24/04/2009   24/04/2009        4      24/04/2009    5E2094329
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      21/04/2009   21/04/2009        2      21/04/2009    5E2092774
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      17/04/2009   17/04/2009       10      17/04/2009    5E2091419
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      06/04/2009   06/04/2009        3      06/04/2009    5E2086486
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

484        06/04/2009   06/04/2009        3      06/04/2009    1F0111453
 484   CHANGE TO COMPANY DETAILS
 484G  NOTIFICATION OF SHARE ISSUE
 484O  CHANGES TO SHARE STRUCTURE

7053A      03/04/2009   03/04/2009        2      03/04/2009    5E2085306
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      03/04/2009   03/04/2009        2      03/04/2009    5E2085309
```

ASIC Historical Company Extract                                    ABN: 33108693009

```
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       03/04/2009   03/04/2009      2    03/04/2009    5E2085310
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       03/04/2009   03/04/2009      4    03/04/2009    5E2084828
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
17003    ASX RESPONSE TO ASX QUERY

7053A       01/04/2009   01/04/2009      6    01/04/2009    5E2083260
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003    ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       27/03/2009   27/03/2009      8    27/03/2009    5E2081138
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013    ASX - APPENDIX 3B

7053A       24/03/2009   24/03/2009      1    24/03/2009    5E2078836
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009    ASX ISSUED CAPITAL - OTHER
10005    ASX DIVIDEND - OTHER

7053A       23/03/2009   23/03/2009      2    23/03/2009    5E2078452
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003    ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       11/03/2009   11/03/2009      2    11/03/2009    5E2071183
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       10/03/2009   10/03/2009      2    10/03/2009    5E2070257
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       06/03/2009   06/03/2009      3    06/03/2009    5E2069487
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001    ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       25/02/2009   25/02/2009      1    25/02/2009    5E2062108
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009    ASX ISSUED CAPITAL - OTHER
10005    ASX DIVIDEND - OTHER

484         23/02/2009   24/02/2009      3    24/02/2009    1F0176341
484E     CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A
         COMPANY OFFICEHOLDER

7053A       20/02/2009   20/02/2009      2    20/02/2009    5E2059411
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       20/02/2009   20/02/2009      2    20/02/2009    5E2059412
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009    ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       17/02/2009   17/02/2009     10    17/02/2009    5E2056805
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003    ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       17/02/2009   17/02/2009      1    17/02/2009    5E2056718
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003    ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       16/02/2009   16/02/2009     10    16/02/2009    5E2056227
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003    ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       16/02/2009   16/02/2009      1    16/02/2009    5E2055605
7053A    DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
12001    ASX DIRECTOR APPOINTMENT/RESIGNATION

7053A       16/02/2009   16/02/2009      2    16/02/2009    5E2055616
```

ASIC Historical Company Extract                                                     ABN: 33108693009

```
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02007   ASX SECTION 205G NOTICE - DIRECTOR'S INTERESTS


7053A       16/02/2009   16/02/2009       2       16/02/2009       5E2055546
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A       12/02/2009   12/02/2009       3       12/02/2009       5E2054025
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
10005   ASX DIVIDEND - OTHER
16002   ASX LETTER TO SHAREHOLDERS


7053A       11/02/2009   11/02/2009      27       11/02/2009       5E2053050
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT


7053A       11/02/2009   11/02/2009       1       11/02/2009       5E2052985
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
10005   ASX DIVIDEND - OTHER


7053A       11/02/2009   11/02/2009      20       11/02/2009       5E2052971
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT
03009   ASX HALF-YEARLY AUDIT REVIEW
03010   ASX HALF-YEARLY DIRECTOR'S STATEMENT
03015   ASX ASC HALF-YEARLY AUDITED ACCOUNTS
03019   HALF YEARLY REPORT AND HALF YEAR ACCOUNTS
10001   ASX DIVIDEND BOOKS CLOSING
10002   ASX DIVIDEND PAY DATE
10003   ASX DIVIDEND RATE


7053A       11/02/2009   11/02/2009       4       11/02/2009       5E2052973
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT


7053A       11/02/2009   11/02/2009      64       11/02/2009       5E2052644
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A       10/02/2009   10/02/2009      16       10/02/2009       5E2052270
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A       10/02/2009   10/02/2009      16       10/02/2009       5E2052257
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A       31/12/2008   31/12/2008       3       31/12/2008       5E2032776
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A       31/12/2008   31/12/2008       2       31/12/2008       5E2032675
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A       18/12/2008   18/12/2008       2       18/12/2008       5E2028176
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A       17/12/2008   17/12/2008       7       17/12/2008       5E2026907
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


484         11/12/2008   12/12/2008       2       12/12/2008       025168470
 484    CHANGE TO COMPANY DETAILS
484G    NOTIFICATION OF SHARE ISSUE
484O    CHANGES TO SHARE STRUCTURE


7053A       03/12/2008   03/12/2008       7       03/12/2008       5E2018965
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A       02/12/2008   02/12/2008       2       02/12/2008       5E2018598
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
```

ASIC Historical Company Extract                                             ABN: 33108693009

```
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      26/11/2008  26/11/2008       2    26/11/2008    5E2014151
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      20/11/2008  20/11/2008       2    20/11/2008    5E2010520
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      19/11/2008  19/11/2008       3    19/11/2008    5E2009435
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
17003  ASX RESPONSE TO ASX QUERY

7053A      17/11/2008  17/11/2008       1    17/11/2008    5E2008529
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A      05/11/2008  05/11/2008       2    05/11/2008    5E2002695
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      31/10/2008  31/10/2008       2    31/10/2008    5E1999244
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08003  ASX RESULTS OF MEETING

7053A      30/10/2008  30/10/2008      25    30/10/2008    5E1998786
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
15002  ASX CHAIRMAN'S ADDRESS

7053A      29/10/2008  29/10/2008       5    29/10/2008    5E1996905
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      27/10/2008  27/10/2008       5    27/10/2008    5E1994944
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      17/10/2008  17/10/2008       1    17/10/2008    5E1989719
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A      14/10/2008  14/10/2008       2    14/10/2008    5E1986889
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      13/10/2008  13/10/2008       5    13/10/2008    5E1985535
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      13/10/2008  13/10/2008       1    13/10/2008    5E1985548
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION

7053A      02/10/2008  02/10/2008       7    02/10/2008    5E1980630
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      26/09/2008  26/09/2008     120    26/09/2008    5E1976799
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001  ASX ANNUAL REPORT
03002  ASX TOP 20 SHAREHOLDERS
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS

7053A      26/09/2008  26/09/2008       8    26/09/2008    5E1976801
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08001  ASX NOTICE OF ANNUAL MEETING

7053A      26/09/2008  26/09/2008       2    26/09/2008    5E1976802
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08004  ASX PROXY FORM
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
484        23/09/2008   24/09/2008          5      24/09/2008    024965991
  484    CHANGE TO COMPANY DETAILS
  484G   NOTIFICATION OF SHARE ISSUE
  484O   CHANGES TO SHARE STRUCTURE

7053A      23/09/2008   23/09/2008         16      23/09/2008    5E1974155
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  11002  ASX PROGRESS REPORT - OTHER

7053A      12/09/2008   12/09/2008          2      12/09/2008    5E1969360
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      11/09/2008   11/09/2008          3      11/09/2008    5E1968181
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      11/09/2008   11/09/2008          3      11/09/2008    5E1968182
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      11/09/2008   11/09/2008          2      11/09/2008    5E1968183
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      11/09/2008   11/09/2008          2      11/09/2008    5E1968184
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      11/09/2008   11/09/2008          2      11/09/2008    5E1968185
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      05/09/2008   05/09/2008          7      05/09/2008    5E1965805
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  06013  ASX - APPENDIX 3B

7053A      02/09/2008   02/09/2008          1      02/09/2008    5E1963834
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  06009  ASX ISSUED CAPITAL - OTHER

484        29/08/2008   22/09/2008          5      29/08/2008    024928704
  484    CHANGE TO COMPANY DETAILS
  484G   NOTIFICATION OF SHARE ISSUE
  484O   CHANGES TO SHARE STRUCTURE

7053A      26/08/2008   26/08/2008          8      26/08/2008    5E1959615
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      21/08/2008   21/08/2008          7      21/08/2008    5E1956557
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  06013  ASX - APPENDIX 3B

7053A      18/08/2008   18/08/2008          2      18/08/2008    5E1954177
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      15/08/2008   15/08/2008          2      15/08/2008    5E1953172
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      15/08/2008   15/08/2008          2      15/08/2008    5E1953174
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      15/08/2008   15/08/2008          2      15/08/2008    5E1953175
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      12/08/2008   12/08/2008         34      12/08/2008    5E1950943
  7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
  03014  ASX PERIODIC REPORTS - OTHER
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
15002  ASX CHAIRMAN'S ADDRESS

7053A       12/08/2008  12/08/2008        92    12/08/2008   5E1950905
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS
10001  ASX DIVIDEND BOOKS CLOSING
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE

7053A       08/08/2008  08/08/2008         7    08/08/2008   5E1949527
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER
12008  ASX COMPANY ADMINISTRATION - OTHER

7053A       07/08/2008  07/08/2008         3    07/08/2008   5E1949193
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       07/08/2008  07/08/2008         1    07/08/2008   5E1948762
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A       07/08/2008  07/08/2008         1    07/08/2008   5E1948763
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06003  ASX PLACEMENT
07001  ASX ASSET ACQUISITION
11001  ASX PROGRESS REPORT

7053A       04/08/2008  04/08/2008         7    04/08/2008   5E1946738
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A       30/07/2008  30/07/2008         1    30/07/2008   5E1943388
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06003  ASX PLACEMENT
07001  ASX ASSET ACQUISITION
09014  ASX TRADING HALT LIFTED

7053A       29/07/2008  29/07/2008         3    29/07/2008   5E1942731
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06003  ASX PLACEMENT
07001  ASX ASSET ACQUISITION
11001  ASX PROGRESS REPORT

7053A       29/07/2008  29/07/2008        16    29/07/2008   5E1942733
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION

7053A       29/07/2008  29/07/2008         2    29/07/2008   5E1942607
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
09007  ASX TRADING HALT

7053A       25/07/2008  25/07/2008         8    25/07/2008   5E1941481
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       10/07/2008  10/07/2008         1    10/07/2008   5E1931993
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER

7053A       17/06/2008  17/06/2008         2    17/06/2008   5E1915372
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       10/06/2008  10/06/2008        13    10/06/2008   5E1911340
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       04/06/2008  04/06/2008         3    04/06/2008   5E1908789
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER
```

ASIC Historical Company Extract                                    ABN: 33108693009

```
484       21/04/2008  22/04/2008         5     22/04/2008    1F0184021
 484O  CHANGE TO COMPANY DETAILS CHANGES TO SHARE STRUCTURE

7053A      11/04/2008  11/04/2008         5     11/04/2008  - 5E1879706
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      07/04/2008  07/04/2008         2     07/04/2008    5E1876731
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      31/03/2008  31/03/2008        55     31/03/2008    5E1872786
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      28/03/2008  28/03/2008         3     28/03/2008    5E1871956
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      27/03/2008  27/03/2008         2     27/03/2008    5E1871310
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      25/03/2008  25/03/2008         6     25/03/2008    5E1870498
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      19/03/2008  19/03/2008         8     19/03/2008    5E1868673
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A      17/03/2008  17/03/2008        14     17/03/2008    5E1867430
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

484       14/03/2008  14/03/2008         4     14/03/2008    1F0002664
 484   CHANGE TO COMPANY DETAILS
 484J  NOTIFICATION OF SHARE CANCELLATION - COMPANY BUY-BACK
 484O  CHANGES TO SHARE STRUCTURE

7053A      11/03/2008  11/03/2008         2     11/03/2008    5E1863809
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      11/03/2008  11/03/2008         2     11/03/2008    5E1863768
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      11/03/2008  11/03/2008         2     11/03/2008    5E1863769
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      11/03/2008  11/03/2008         2     11/03/2008    5E1863770
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      11/03/2008  11/03/2008         4     11/03/2008    5E1863772
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06007  ASX ALTERATION TO ISSUED CAPITAL
06009  ASX ISSUED CAPITAL - OTHER

7053A      03/03/2008  03/03/2008        56     03/03/2008    5E1859110
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      28/02/2008  28/02/2008         2     28/02/2008    5E1856800
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06011  ASX ONMARKET BUY-BACK SCHEME

7053A      28/02/2008  28/02/2008         2     28/02/2008    5E1856793
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06011  ASX ONMARKET BUY-BACK SCHEME
```

ASIC Historical Company Extract                                                                    ABN: 33108693009

```
7053A       27/02/2008   27/02/2008        2       27/02/2008      5E1855717
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06011  ASX ON0MARKET BUY-BACK SCHEME

7053A       26/02/2008   26/02/2008        2       26/02/2008      5E1854801
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06011  ASX ON0MARKET BUY-BACK SCHEME

7053A       22/02/2008   22/02/2008        2       22/02/2008      5E1853595
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       18/02/2008   18/02/2008        2       18/02/2008      5E1849647
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       18/02/2008   18/02/2008        2       18/02/2008      5E1849649
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       18/02/2008   18/02/2008        2       18/02/2008      5E1849603
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       15/02/2008   15/02/2008        6       15/02/2008      5E1848984
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       14/02/2008   14/02/2008        2       14/02/2008      5E1848408
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       12/02/2008   12/02/2008        12      12/02/2008      5E1847142
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

281         11/02/2008   26/02/2008        2       11/02/2008      024478568
 281   NOTICE THAT COMPANY INTENDS TO CARRY OUT BUY-BACK

7053A       08/02/2008   08/02/2008        3       08/02/2008      5E1845911
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06011  ASX ON0MARKET BUY-BACK SCHEME

7053A       07/02/2008   07/02/2008        7       07/02/2008      5E1845525
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       04/02/2008   04/02/2008        32      04/02/2008      5E1843826
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004  ASX HALF-YEARLY REPORT

7053A       04/02/2008   04/02/2008        24      04/02/2008      5E1843802
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004  ASX HALF-YEARLY REPORT
03009  ASX HALF-YEARLY AUDIT REVIEW
03010  ASX HALF-YEARLY DIRECTOR'S STATEMENT
03015  ASX ASC HALF-YEARLY AUDITED ACCOUNTS
03019  HALF YEARLY REPORT AND HALF YEAR ACCOUNTS
10001  ASX DIVIDEND BOOKS CLOSING
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE

7053A       24/01/2008   24/01/2008        4       24/01/2008      5E1838906
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       23/01/2008   23/01/2008        2       23/01/2008      5E1838826
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       17/01/2008   17/01/2008        11      17/01/2008      5E1836532
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER
```

ASIC Historical Company Extract                                            ABN: 33108693009

```
7053A        15/01/2008   15/01/2008        4      15/01/2008    5E1835419
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
10005  ASX DIVIDEND - OTHER
16002  ASX LETTER TO SHAREHOLDERS


7053A        14/01/2008   14/01/2008        2      14/01/2008    5E1834522
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        11/01/2008   11/01/2008        2      11/01/2008    5E1834389
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        11/01/2008   11/01/2008        2      11/01/2008    5E1834391
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        10/01/2008   10/01/2008        2      10/01/2008    5E1833890
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        10/01/2008   10/01/2008        4      10/01/2008    5E1833764
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        08/01/2008   08/01/2008        2      08/01/2008    5E1832511
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        07/01/2008   07/01/2008        3      07/01/2008    5E1831885
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A        27/12/2007   27/12/2007        7      27/12/2007    5E1830086
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A        24/12/2007   24/12/2007        4      24/12/2007    5E1829600
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        18/12/2007   18/12/2007       11      18/12/2007    5E1826426
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


7053A        17/12/2007   17/12/2007        2      17/12/2007    5E1825572
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A        14/12/2007   14/12/2007        1      14/12/2007    5E1824830
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER
12008  ASX COMPANY ADMINISTRATION - OTHER


7053A        13/12/2007   13/12/2007        1      13/12/2007    5E1823930
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION
11001  ASX PROGRESS REPORT


7053A        13/12/2007   13/12/2007        1      13/12/2007    5E1823329
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER


7053A        05/12/2007   05/12/2007        2      05/12/2007    5E1819105
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        01/11/2007   01/11/2007        1      01/11/2007    5E1801484
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER


7053A        01/11/2007   01/11/2007        1      01/11/2007    5E1801452
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07003  ASX OTHER
```

ASIC Historical Company Extract                                    ABN: 33108693009

```
7053A       01/11/2007   01/11/2007        1     01/11/2007   5E1801117
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08003  ASX RESULTS OF MEETING


7053A       31/10/2007   31/10/2007       26     31/10/2007   5E1800534
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER
15001  ASX CHAIRMAN'S ADDRESS - OTHER


7053A       26/10/2007   26/10/2007       15     26/10/2007   5E1796104
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
11002  ASX PROGRESS REPORT - OTHER


7053A       17/10/2007   17/10/2007        1     17/10/2007   5E1790990
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION


7053A       16/10/2007   16/10/2007        1     16/10/2007   5E1790286
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08006  ASX NOTICE OF MEETING - OTHER


7053A       10/10/2007   10/10/2007        2     10/10/2007   5E1787418
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A       10/10/2007   10/10/2007        2     10/10/2007   5E1787421
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A       10/10/2007   10/10/2007        2     10/10/2007   5E1787422
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A       02/10/2007   02/10/2007        1     02/10/2007   5E1783771
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08004  ASX PROXY FORM


7053A       28/09/2007   28/09/2007      116     28/09/2007   5E1782255
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001  ASX ANNUAL REPORT
03002  ASX TOP 20 SHAREHOLDERS
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS


7053A       28/09/2007   28/09/2007        4     28/09/2007   5E1782251
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08001  ASX NOTICE OF ANNUAL MEETING


7053A       26/09/2007   26/09/2007        1     26/09/2007   5E1780623
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER


7053A       10/09/2007   10/09/2007        1     10/09/2007   5E1773017
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION


7053A       07/08/2007   07/08/2007       30     07/08/2007   5E1753519
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER


7053A       07/08/2007   07/08/2007       84     07/08/2007   5E1753391
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS
10001  ASX DIVIDEND BOOKS CLOSING
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE
```

ASIC Historical Company Extract                                    ABN: 33108693009

```
7053A      07/08/2007   07/08/2007        4      07/08/2007    5E1753393
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT

7053A      06/08/2007   06/08/2007        1      06/08/2007    5E1753049
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION

7053A      29/06/2007   29/06/2007        2      29/06/2007    5E1730966
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      29/06/2007   29/06/2007        2      29/06/2007    5E1730968
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      29/06/2007   29/06/2007        2      29/06/2007    5E1730969
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      20/04/2007   20/04/2007        2      20/04/2007    5E1695145
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      10/04/2007   11/04/2007        1      10/04/2007    5E1689623
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07003  ASX OTHER

7053A      05/04/2007   05/04/2007        1      05/04/2007    5E1688512
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A      30/03/2007   30/03/2007        1      30/03/2007    5E1685724
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION

7053A      30/03/2007   30/03/2007        1      30/03/2007    5E1685692
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER

7053A      15/03/2007   15/03/2007        2      15/03/2007    5E1677886
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      15/03/2007   15/03/2007        2      15/03/2007    5E1677815
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      15/03/2007   15/03/2007        2      15/03/2007    5E1677816
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      15/03/2007   15/03/2007        2      15/03/2007    5E1677817
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A      14/03/2007   14/03/2007        2      14/03/2007    5E1677416
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      02/03/2007   02/03/2007        2      02/03/2007    5E1672074
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      20/02/2007   20/02/2007        2      20/02/2007    5E1664166
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      19/02/2007   19/02/2007        2      19/02/2007    5E1663815
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      13/02/2007   13/02/2007        3      13/02/2007    5E1660398
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
```

ASIC Historical Company Extract                                             ABN: 33108693009

```
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       12/02/2007   12/02/2007        2      12/02/2007    5E1659825
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A       06/02/2007   06/02/2007       32      06/02/2007    5E1657215
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER

7053A       06/02/2007   06/02/2007       21      06/02/2007    5E1657112
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004  ASX HALF-YEARLY REPORT
03009  ASX HALF-YEARLY AUDIT REVIEW
03010  ASX HALF-YEARLY DIRECTOR'S STATEMENT
03015  ASX ASC HALF-YEARLY AUDITED ACCOUNTS
03019  HALF YEARLY REPORT AND HALF YEAR ACCOUNTS
10001  ASX DIVIDEND BOOKS CLOSING
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE

7053A       05/02/2007   05/02/2007        6      05/02/2007    5E1656925
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       05/02/2007   05/02/2007        2      05/02/2007    5E1656922
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       01/02/2007   01/02/2007        1      01/02/2007    5E1655674
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
14001  ASX OTHER

7053A       23/01/2007   23/01/2007        2      23/01/2007    5E1650643
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       08/01/2007   08/01/2007       10      08/01/2007    5E1643476
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       22/12/2006   22/12/2006        9      22/12/2006    5E1640470
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       22/12/2006   22/12/2006        3      22/12/2006    5E1640427
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       20/12/2006   20/12/2006        8      20/12/2006    5E1638570
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       14/12/2006   14/12/2006        5      14/12/2006    5E1634248
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       13/12/2006   13/12/2006       17      13/12/2006    5E1633480
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       11/12/2006   11/12/2006        1      11/12/2006    5E1631020
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001  ASX ASSET ACQUISITION
03014  ASX PERIODIC REPORTS - OTHER

7053A       08/12/2006   08/12/2006        5      08/12/2006    5E1630215
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       06/12/2006   06/12/2006        3      06/12/2006    5E1629062
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
7053A        06/12/2006   06/12/2006        9      06/12/2006     5E1628439
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A        27/11/2006   27/11/2006        8      27/11/2006     5E1622485
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A        24/11/2006   24/11/2006        8      24/11/2006     5E1621080
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A        17/11/2006   17/11/2006        7      17/11/2006     5E1616565
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A        14/11/2006   14/11/2006        1      14/11/2006     5E1614685
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER
07001  ASX ASSET ACQUISITION

484          06/11/2006   06/11/2006        3      06/11/2006     1P0014039
 484   CHANGE TO COMPANY DETAILS
 484G  NOTIFICATION OF SHARE ISSUE
 484O  CHANGES TO SHARE STRUCTURE

7053A        01/11/2006   01/11/2006        8      01/11/2006     5E1607294
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A        01/11/2006   01/11/2006        1      01/11/2006     5E1607265
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER
08006  ASX NOTICE OF MEETING - OTHER
12008  ASX COMPANY ADMINISTRATION - OTHER

7053A        30/10/2006   30/10/2006        1      30/10/2006     5E1605194
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08003  ASX RESULTS OF MEETING

7053A        30/10/2006   30/10/2006       23      30/10/2006     5E1604656
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
15001  ASX CHAIRMAN'S ADDRESS - OTHER

7053A        13/10/2006   13/10/2006        2      13/10/2006     5E1592856
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
11001  ASX PROGRESS REPORT

7053A        29/09/2006   29/09/2006        1      29/09/2006     5E1583831
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A        29/09/2006   29/09/2006       74      29/09/2006     5E1582944
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001  ASX ANNUAL REPORT
03002  ASX TOP 20 SHAREHOLDERS
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS

7053A        29/09/2006   29/09/2006        4      29/09/2006     5E1582921
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08001  ASX NOTICE OF ANNUAL MEETING

7053A        22/09/2006   22/09/2006        2      22/09/2006     5E1578156
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A        22/09/2006   22/09/2006        2      22/09/2006     5E1578157
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A        22/09/2006   22/09/2006        2      22/09/2006     5E1578158
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A      21/09/2006   21/09/2006      9     21/09/2006     5E1576711
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      19/09/2006   19/09/2006     13     19/09/2006     5E1575458
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014  ASX PERIODIC REPORTS - OTHER


484        07/09/2006   07/09/2006      3     07/09/2006     1F0110210
  484  CHANGE TO COMPANY DETAILS
  484G NOTIFICATION OF SHARE ISSUE
  484O CHANGES TO SHARE STRUCTURE


7053A      05/09/2006   05/09/2006      8     05/09/2006     5E1565187
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B


7053A      05/09/2006   05/09/2006      2     05/09/2006     5E1565188
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A      04/09/2006   04/09/2006      6     04/09/2006     5E1563645
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      29/08/2006   29/08/2006      4     29/08/2006     5E1560560
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      24/08/2006   24/08/2006     32     24/08/2006     5E1559252
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT


7053A      24/08/2006   24/08/2006     90     24/08/2006     5E1559148
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003  ASX PRELIMINARY - FINAL STATEMENT
10001  ASX DIVIDEND BOOKS CLOSING
10002  ASX DIVIDEND PAY DATE
10003  ASX DIVIDEND RATE
03011  ASX ASC ANNUAL AUDITED ACCOUNTS
03012  ASX ASC ANNUAL AUDIT REVIEW
03013  ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020  FULL YEAR ACCOUNTS


7053A      30/06/2006   30/06/2006      5     30/06/2006     5E1539779
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      09/06/2006   09/06/2006      2     09/06/2006     5E1532819
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A      15/05/2006   15/05/2006     12     15/05/2006     5E1523441
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      01/05/2006   01/05/2006      3     01/05/2006     5E1518505
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER


484        05/04/2006   05/04/2006      3     05/04/2006     1F0022199
  484  CHANGE TO COMPANY DETAILS
  484G NOTIFICATION OF SHARE ISSUE
  484O CHANGES TO SHARE STRUCTURE


484        04/04/2006   19/04/2006      3     05/04/2006     1F0041081
  484  CHANGE TO COMPANY DETAILS
  484G NOTIFICATION OF SHARE ISSUE
  484O CHANGES TO SHARE STRUCTURE


7053A      03/04/2006   03/04/2006      2     03/04/2006     5E1506686
```

ASIC Historical Company Extract                                    ABN: 33108693009

```
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        03/04/2006   03/04/2006        2      03/04/2006   5E1506690
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        31/03/2006   31/03/2006        8      31/03/2006   5E1506195
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B

484          30/03/2006   31/03/2006        3      31/03/2006   1F0013285
484     CHANGE TO COMPANY DETAILS
484G    NOTIFICATION OF SHARE ISSUE
484O    CHANGES TO SHARE STRUCTURE


484          30/03/2006   31/03/2006        3      31/03/2006   1F0013284
484     CHANGE TO COMPANY DETAILS
484G    NOTIFICATION OF SHARE ISSUE
484O    CHANGES TO SHARE STRUCTURE


7053A        29/03/2006   29/03/2006        8      29/03/2006   5E1504590
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A        21/03/2006   21/03/2006        2      21/03/2006   5E1501375
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        21/03/2006   21/03/2006        2      21/03/2006   5E1501377
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        21/03/2006   21/03/2006        2      21/03/2006   5E1501378
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A        21/03/2006   21/03/2006        8      21/03/2006   5E1501369
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A        17/03/2006   17/03/2006        1      17/03/2006   5E1500079
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001   ASX ASSET ACQUISITION


7053A        06/03/2006   06/03/2006        8      06/03/2006   5E1494583
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A        01/03/2006   01/03/2006        2      01/03/2006   5E1493103
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A        23/02/2006   23/02/2006       31      23/02/2006   5E1490336
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
14001   ASX OTHER


7053A        23/02/2006   23/02/2006       36      23/02/2006   5E1490159
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT
03009   ASX HALF-YEARLY AUDIT REVIEW
03010   ASX HALF-YEARLY DIRECTOR'S STATEMENT
03015   ASX ASC HALF-YEARLY AUDITED ACCOUNTS
03019   HALF YEARLY REPORT AND HALF YEAR ACCOUNTS
10001   ASX DIVIDEND BOOKS CLOSING
10002   ASX DIVIDEND PAY DATE
10003   ASX DIVIDEND RATE


7053A        22/02/2006   22/02/2006       11      22/02/2006   5E1488172
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014   ASX PERIODIC REPORTS - OTHER
14001   ASX OTHER


7053A        21/02/2006   21/02/2006        3      21/02/2006   5E1486944
```

ASIC Historical Company Extract                                                    ABN: 33108693009

```
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

484       16/02/2006   16/02/2006     3     16/02/2006     1F0085116
484O   CHANGE TO COMPANY DETAILS CHANGES TO SHARE STRUCTURE

484       16/02/2006   16/02/2006     3     16/02/2006     1P0085115
484O   CHANGE TO COMPANY DETAILS CHANGES TO SHARE STRUCTURE

909       16/02/2006   16/02/2006     1     13/02/2006     022711756
909   NOTICE OF ADDRESS OF BRANCH REGISTER

7053A   ·   10/02/2006   10/02/2006     1     10/02/2006     5E1480998
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
12003   ASX DETAILS OF REGISTERED OFFICE ADDRESS

7053A     23/01/2006   23/01/2006     1     23/01/2006     5E1472935
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
11001   ASX PROGRESS REPORT

7053A     14/12/2005   14/12/2005     1     14/12/2005     5E1462533
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009   ASX ISSUED CAPITAL - OTHER

7053A     07/12/2005   07/12/2005     8     07/12/2005     5E1459555
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B

484       01/12/2005   01/12/2005     3     01/12/2005     1F0008083
484E   CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A
        COMPANY OFFICEHOLDER

7053A     24/11/2005   24/11/2005     3     24/11/2005     5E1454776
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A     22/11/2005   22/11/2005     8     22/11/2005     5E1453358
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B

7053A     14/11/2005   14/11/2005     2     14/11/2005     5E1449787
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

7053A     14/11/2005   14/11/2005     2     14/11/2005     5E1449775
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE

354       10/11/2005   16/11/2005    23     10/11/2005     022454332
354   EVIDENCE OF ELIGIBILITY FOR RELIEF UNDER CLASS ORDER

352       10/11/2005   16/11/2005    24     10/11/2005     022454331
352   ASSUMPTION DEED RELATING TO CLASS ORDER

7053A     04/11/2005   04/11/2005     1     04/11/2005     5E1446601
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009   ASX ISSUED CAPITAL - OTHER

7053A     04/11/2005   04/11/2005     1     04/11/2005     5E1446597
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
12007   ASX CO. SECRETARY APPOINTMENT/RESIGNATION

7053A     27/10/2005   27/10/2005     1     27/10/2005     5E1442376
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08003   ASX RESULTS OF MEETING

7053A     27/10/2005   27/10/2005     6     27/10/2005     5E1442236
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
15002   ASX CHAIRMAN'S ADDRESS

7053A     27/10/2005   27/10/2005    27     27/10/2005     5E1442242
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
15002   ASX CHAIRMAN'S ADDRESS
```

ASIC Historical Company Extract                                      ABN: 33108693009

```
7053A      27/10/2005   27/10/2005       10    27/10/2005    5E1442245
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
15001   ASX CHAIRMAN'S ADDRESS - OTHER


484        27/10/2005   02/11/2005        6  .  31/10/2005    022380528
 484    CHANGE TO COMPANY DETAILS
 484G   NOTIFICATION OF SHARE ISSUE
 4840   CHANGES TO SHARE STRUCTURE


484        24/10/2005   24/10/2005        6     24/10/2005    022359179
 484    CHANGE TO COMPANY DETAILS
 484G   NOTIFICATION OF SHARE ISSUE
 4840   CHANGES TO SHARE STRUCTURE


7053A      21/10/2005   21/10/2005        7     21/10/2005    5E1439307
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A      21/10/2005   21/10/2005        2     21/10/2005    5E1439010
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A      20/10/2005   20/10/2005        3     20/10/2005    5E1438800
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER


7053A      20/10/2005   20/10/2005        8     20/10/2005    5E1438331
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A      13/10/2005   13/10/2005        2     13/10/2005    5E1436012
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A      06/10/2005   06/10/2005        3     06/10/2005    5E1433440
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      06/10/2005   06/10/2005        2     06/10/2005    5E1433162
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A      06/10/2005   06/10/2005        8     06/10/2005    5E1433148
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A      06/10/2005   06/10/2005        2     06/10/2005    5E1433150
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A      26/09/2005   26/09/2005        6-    26/09/2005    5E1428542
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
08001   ASX NOTICE OF ANNUAL MEETING
08004   ASX PROXY FORM


7053A      26/09/2005   26/09/2005      108     26/09/2005    5E1428541
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001   ASX ANNUAL REPORT
03002   ASX TOP 20 SHAREHOLDERS
03011   ASX ASC ANNUAL AUDITED ACCOUNTS
03012   ASX ASC ANNUAL AUDIT REVIEW
03013   ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020   FULL YEAR ACCOUNTS


7053A      23/09/2005   23/09/2005        8     23/09/2005    5E1428258
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B


7053A      09/09/2005   09/09/2005       70     09/09/2005    5E1422445
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03001   ASX ANNUAL REPORT
03002   ASX TOP 20 SHAREHOLDERS
03011   ASX ASC ANNUAL AUDITED ACCOUNTS
03012   ASX ASC ANNUAL AUDIT REVIEW
```

ASIC Historical Company Extract                                                        ABN: 33108693009

```
03013   ASX ASC ANNUAL DIRECTOR'S STATEMENT
03020   FULL YEAR ACCOUNTS

7053A      07/09/2005   07/09/2005        4      07/09/2005      5E1421296
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      31/08/2005   31/08/2005        5      31/08/2005      5E1418664
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      31/08/2005   31/08/2005        2      31/08/2005      5E1418671
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003   ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A      31/08/2005   31/08/2005        7      31/08/2005      5E1418270
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      31/08/2005   31/08/2005        7      31/08/2005      5E1418242
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      30/08/2005   30/08/2005        3      30/08/2005      5E1417989
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      30/08/2005   30/08/2005        3      30/08/2005      5E1417992
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A      29/08/2005   29/08/2005        3      29/08/2005      5E1417457
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      29/08/2005   29/08/2005        3      29/08/2005      5E1416899
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001   ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A      24/08/2005   24/08/2005       32      24/08/2005      5E1414848
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014   ASX PERIODIC REPORTS - OTHER
03003   ASX PRELIMINARY - FINAL STATEMENT

7053A      24/08/2005   24/08/2005        5      24/08/2005      5E1414600
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014   ASX PERIODIC REPORTS - OTHER

7053A      24/08/2005   24/08/2005       49      24/08/2005      5E1414598
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03003   ASX PRELIMINARY - FINAL STATEMENT
10001   ASX DIVIDEND BOOKS CLOSING
10002   ASX DIVIDEND PAY DATE
10003   ASX DIVIDEND RATE

484        15/08/2005   16/08/2005        6      16/08/2005      022249142
484     CHANGE TO COMPANY DETAILS
484G    NOTIFICATION OF SHARE ISSUE
484O    CHANGES TO SHARE STRUCTURE

7053A      10/08/2005   10/08/2005        1      10/08/2005      5E1409124
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009   ASX ISSUED CAPITAL - OTHER

7053A      29/07/2005   29/07/2005        8      29/07/2005      5E1405469
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013   ASX - APPENDIX 3B

7053A      19/07/2005   19/07/2005        1      19/07/2005      5E1399984
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009   ASX ISSUED CAPITAL - OTHER

315        15/07/2005   08/06/2010        1      05/07/2005      021604837
315A    NOTICE OF RESIGNATION OR REMOVAL OF AUDITOR RESIGNATION OF
```

ASIC Historical Company Extract                                          ABN: 33108693009

AUDITOR

```
7053A       06/07/2005   06/07/2005        6     06/07/2005      5E1393106
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       27/06/2005   27/06/2005        2     27/06/2005      5E1388622
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A       24/06/2005   24/06/2005        1     24/06/2005      5E1387776
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06009  ASX ISSUED CAPITAL - OTHER

7053A       20/06/2005   20/06/2005        6     20/06/2005      5E1385547
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       16/06/2005   16/06/2005        8     16/06/2005      5E1384119
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02003  ASX FORM 605 - CEASING TO BE A SUBSTANTIAL SHAREHOLDER

7053A       15/06/2005   15/06/2005        7     15/06/2005      5E1383386
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       14/06/2005   14/06/2005        9     14/06/2005      5E1383022
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002  ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER

7053A       14/06/2005   14/06/2005        2     14/06/2005      5E1382733
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
11002  ASX PROGRESS REPORT - OTHER
10003  ASX DIVIDEND RATE

354         03/06/2005   07/06/2005       40     03/06/2005      020559407
 354   EVIDENCE OF ELIGIBILITY FOR RELIEF UNDER CLASS ORDER

351         03/06/2005   07/06/2005       40     03/06/2005      020559406
 351   DEED RELATING TO CLASS ORDER

7053A       05/05/2005   05/05/2005        7     05/05/2005      5E1369805
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       05/05/2005   05/05/2005        3     05/05/2005      5E1369761
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

484         08/04/2005   11/04/2005        6     11/04/2005      021088904
 484   CHANGE TO COMPANY DETAILS
 484G  NOTIFICATION OF SHARE ISSUE
 484O  CHANGES TO SHARE STRUCTURE

7053A       07/04/2005   07/04/2005        1     07/04/2005      5E1358109
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
14001  ASX OTHER

7053A       06/04/2005   06/04/2005        1     06/04/2005      5E1357927
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
14001  ASX OTHER

7053A       06/04/2005   06/04/2005        9     06/04/2005      5E1357602
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
06013  ASX - APPENDIX 3B

7053A       05/04/2005   05/04/2005        4     05/04/2005      5E1357113
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02001  ASX FORM 603 - BECOMING A SUBSTANTIAL SHAREHOLDER

7053A       30/03/2005   30/03/2005        2     30/03/2005      5E1354786
7053A  DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009  ASX CHANGE OF DIRECTOR'S INTEREST NOTICE
```

ASIC Historical Company Extract                                          ABN: 33108693009

```
7053A      24/03/2005   24/03/2005        6      24/03/2005      5E1353429
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      23/03/2005   23/03/2005        9      23/03/2005      5E1353289
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      15/03/2005   15/03/2005        1      15/03/2005      5E1349569
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
07001   ASX ASSET ACQUISITION


484        11/03/2005   18/03/2005        4      18/03/2005      021303120
484E    CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A
484E    CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A
        COMPANY OFFICEHOLDER


7053A      09/03/2005   09/03/2005       36      09/03/2005      5E1347246
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      09/03/2005   09/03/2005       17      09/03/2005      5E1347207
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      09/03/2005   09/03/2005        6      09/03/2005      5E1346875
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      04/03/2005   04/03/2005        2      04/03/2005      5E1345422
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02007   ASX SECTION 205G NOTICE - DIRECTOR'S INTERESTS


7053A      03/03/2005   03/03/2005        9      03/03/2005      5E1345279
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      02/03/2005   02/03/2005        6      02/03/2005      5E1344189
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      01/03/2005   01/03/2005        2      01/03/2005      5E1343626
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02009   ASX CHANGE OF DIRECTOR'S INTEREST NOTICE


7053A      25/02/2005   25/02/2005        9      25/02/2005      5E1341784
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03014   ASX PERIODIC REPORTS - OTHER


7053A      25/02/2005   25/02/2005        1      25/02/2005      5E1341735
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
12001   ASX DIRECTOR APPOINTMENT/RESIGNATION


7053A      25/02/2005   25/02/2005        2      25/02/2005      5E1341712
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT


7053A      25/02/2005   25/02/2005       21      25/02/2005      5E1341706
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
03004   ASX HALF-YEARLY REPORT
03009   ASX HALF-YEARLY AUDIT REVIEW
03010   ASX HALF-YEARLY DIRECTOR'S STATEMENT
03015   ASX ASC HALF-YEARLY AUDITED ACCOUNTS
03019   HALF YEARLY REPORT AND HALF YEAR ACCOUNTS
10001   ASX DIVIDEND BOOKS CLOSING
10002   ASX DIVIDEND PAY DATE
10003   ASX DIVIDEND RATE


7053A      18/02/2005   18/02/2005       10      18/02/2005      5E1338696
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
02002   ASX FORM 604 - CHANGE IN A SUBSTANTIAL SHAREHOLDER


7053A      21/01/2005   21/01/2005        6      21/01/2005      5E1327187
7053A   DISCLOSURE NOTICE - EX AUSTRALIAN STOCK EXCHANGE
```